

**St. Tammany**
PARISH HOSPITAL
*Excellence In Healthcare... Close To Home*

## CERTIFICATION OF MEDICAL RECORDS

DATE: 6/4/13

TO WHOM IT MAY CONCERN:

This is to certify that, without exception, the attached is a true and complete copy of the medical records described in your request, subpoena, summons or court order. As the duly authorized custodian of medical records, I have the authority to certify the records of patient:

Sidney Dobronich , Medical Record # 342104 .

The item(s) checked below are also in response to your request:

☑ **Please note that your request for billing information has been forwarded to the Business Office who will provide this information under separate cover.**

☐ **Please note that your request for radiology films has been forwarded to the Radiology Department who will provide these images under separate cover.**

☐ **Please note that your request for pathology/histology slides has been forwarded to the Pathology Department who will provide these slides under separate cover.**

☐ **The enclosed package also includes your request for pathology/histology slides, which have been certified by the Pathology custodian and are provided herein.**

The medical records attached are for the following dates of treatment:

INPATIENT DATES:

| 4/2/13 | 2/15/13 | | | | |
|--------|---------|--|--|--|--|
| 3/17/13 | | | | | |

OUTPATIENT DATES:

| | | | | | |
|--|--|--|--|--|--|
| | | | | | |
| | | | | | |

These records were prepared by the personnel of this facility, medical staff members, or persons acting under the control of either, in the ordinary course of this facility's business at or near the time of the act, condition or event. The copies were prepared by the personnel of MTT Enterprises, LLC.

Kim Messer, RHIA
Custodian of Medical Records

HC 2

## DISCHARGE SUMMARY

**ADMITTING DIAGNOSES:**
1. Acute inferoposterior ST elevation myocardial infarction.
2. Elevated creatinine, probably acute renal failure suspect from acute myocardial infarction, possible shock, hypotension, or bradycardia may be a potential etiology.
3. Normocytic anemia, chronic disease versus acute.
4. Hypertension.
5. Unknown lipid profile.
6. Probable cardiogenic shock.

**DISCHARGE DIAGNOSES:**
1. Status post acute inferoposterior myocardial infarctions status post percutaneous coronary intervention.
2. Multivessel coronary artery disease.
3. Acute-on-chronic kidney disease, probable contrast neuropathy.
4. Chronic anemia.
5. Hypertension.

**HOSPITAL COURSE:** The patient is an 85-year-old gentleman with a history of hypertension, who was transferred from Bogalusa Medical Center with nonspecific complaints. The patient reported generalized fatigue and when the patient reported to Bogalusa Medical Center, his blood pressure was reported to be 75/47. His EKG showed inferoposterior injury, an acute MI pattern. The patient was transferred to St. Tammany Parish Hospital for further evaluation and treatment. The patient was transferred to the cardiac catheterization laboratory for an emergent angiogram. He had a 95% stenosis of the midright coronary artery with a thrombus. This was intervened with the balloon angioplasty followed by stenting, a 70% lesion in the RPDA, and the thrombus in RPLS, was angioplastied with the acceptable results. He had a 90% lesion in the left circumflex, which was stented and a 70% lesion of the LAD going into a larger diagonal portion. After his angiogram, the patient was hydrated gently and Renal Services were consulted for his elevated creatinine levels. Renal workup was ordered and Nephrology followed the patient throughout his hospital stay. Hospital Medicine was also consulted for hypertension, acute renal failure, and coronary artery disease. The patient's blood pressure medications were increased, as his blood pressure continued to run on the high side. Nephrotoxins were discontinued. The patient's creatinine worsened, peaked, and then decreased on the day of discharge. It was felt that the patient did have chronic kidney disease, but with contrast neuropathy. The patient was discharged home with home health to follow up with both Cardiology and Nephrology on an outpatient basis. He will have lab work drawn by home health in 1-week following discharge.

**DISCHARGE MEDICATIONS:** Please see the discharge medication inventory.


Dictated by: Mary Scheyd, APRN, ANP

| St. Tammany Parish Hospital<br><br>1202 S. Tyler Street<br>Covington, LA 70433 | NAME: DOBRONICH, SIDNEY<br>MED REC #: 342104<br>ACCOUNT #: ▓▓▓▓▓▓<br>PAT. DOB: ▓▓▓▓▓▓<br>ADMIT PHYS: HAMID SALAM, MD<br>ATTD PHYS: HAMID SALAM, MD | ADMIT: 02/10/2013<br>DISCH: 02/15/2013 |
| --- | --- | --- |
| | Page 1 | DISCHARGE SUMMARY |

# DISCHARGE SUMMARY

HS:jb
D: 02/20/2013 10:44:42  T: 02/21/2013 02:45:20
Job #: 564776  Doc #: 461222
 cc:

**End of Report**

# CONSULTATION

**REQUESTING PHYSICIAN:** Dr. Salam

**REASON FOR CONSULTATION:** Evaluation and management of acute renal failure, hypotension and coronary artery disease

**HISTORY OF PRESENT ILLNESS:** The patient is an 85-year-old male who is generally healthy, high functioning and lives independently. For one week leading up to admission he noted generalized weakness and easy fatigability. An attentive neighbor who looks after him noted that he appeared uncharacteristically weak and washed out and she encouraged him to seek medical attention but he declined. On the evening of admission, she was able to check his blood pressure and got a systolic reading of 81 mmHg and then convinced him to go to the emergency department at the Bogalusa Medical Center. On arrival there his blood pressure was 75/47. An EKG showed an acute inferior ST elevation MI. He received aspirin and Plavix and was transferred to STPH. Dr. Salam did an emergent coronary angiogram with notable findings including a subtotaled RCA with thrombus as well as a high grade stenosis of an anomalous circumflex artery. He underwent PCI and stenting of both of these vessels. There was a residual 70% stenosis in the LAD and the EF was 45 to 50% with an LVEDP of 20 to 22. He had transient bradycardia during the balloon inflation of the circumflex. After the coronary revascularization procedure he was transported to the intensive care unit with stable vital signs. This consultation was generated for evaluation and management of the above mentioned concerns.

**ALLERGIES:** No known drug allergies.

**MEDICATIONS:**
1. Lisinopril 10 mg daily, takes sporadically

**PAST MEDICAL HISTORY:**
1. Essential hypertension, followed at the VA Hospital in New Orleans
2. No other medical or surgical illnesses or hospitalizations

**FAMILY HISTORY:**
Father's health status: Died at age 92 in an MVA.
Mother's health status: Died at age 89 of natural causes.

**SOCIAL HISTORY:**
Tobacco use: Nonsmoker.
Alcohol use: Occasional beer drinking.
Occupation: Retired merchant marine.
Living arrangements: Lives alone in Sun. Has a very attentive neighbor who looks after him.

**REVIEW OF SYSTEMS:**

| | | |
|---|---|---|
| St. Tammany Parish Hospital | **NAME:** DOBRONICH, SIDNEY<br>**MED REC #:** 342104<br>**ACCOUNT #:** ▮▮▮▮▮ | **ADMIT:** 02/10/2013<br>02/10/2013 |
| 1202 S. Tyler Street<br>Covington, LA 70433 | **PAT. DOB:**<br>**ATTD PHYS:** HAMID SALAM, MD<br>**CNSLT PHYS:** Patrick Torcson, MD | **ROOM #:** 0420 |
| | **Page 1** | **CONSULTATION** |

## CONSULTATION

**CONSTITUTIONAL:** No recent weight loss. No fever, chills or night sweats.
**CARDIOVASCULAR:** No exertional chest pain or symptoms of CHF. No heart palpitations or syncope.
**PULMONARY:** No report of cough, wheezing, or hemoptysis. Influenza and pneumococcal vaccine status reviewed.
**GASTROINTESTINAL:** No abdominal pain, nausea, vomiting, diarrhea or GI bleeding.
**GENITOURINARY:** A Foley catheter has been inserted. No dysuria or hematuria.
**MUSCULOSKELETAL:** No reports of arthritis or arthralgias. No functional limitations with ambulation.
**ENDOCRINE:** No excessive polyuria or polydipsia to suggest diabetes. No history of thyroid disease.
**SKIN:** No reports of rash or breakdown.
**HEENT:** Adequate auditory and visual acuity.
**NEURO/PSYCH:** No reports of headache or focal neurologic symptoms. Normal cognition and mood has been stable.

## PHYSICAL EXAMINATION
**GENERAL:** Pleasant gentleman who was lying flat in bed and in no acute distress.
**VITAL SIGNS:** BP 140/80; P 96; R 16; T 98.6.
**HEENT:** PERRLA. Extraocular movements intact. The scelerae are anicteric. Mouth and throat without lesions. Moist mucous membranes.
**NECK:** Supple, with a good range of motion. There is no lymphadenopathy or thyromegaly. No carotid bruits. The JVP is not elevated.
**CHEST:** Diminished inspiratory effort. The lungs are clear to auscultation and percussion. There is decreased air exchange.
**HEART:** Distant heart sounds. Regular rate and rhythm. There is no appreciable murmur or gallop. The PMI is not displaced.
**ABDOMEN:** Soft. Active bowel sounds are present. Non-tender to palpation. There is no organomegaly.
**EXTREMITIES:** Peripheral pulses are diminished. There is no peripheral edema. All joints have a full range of motion.
**NEUROLOGIC:** Alert and oriented x 3. CN II through XII are grossly intact. Sensory and motor exams are grossly intact. Gait and coordination are normal.

**SIGNIFICANT LABORATORY and RADIOLOGIC DATA:** From Bogalusa: WBC count 7.5, hemoglobin 10.2, hematocrit 31.3, platelet 328, sodium 141, potassium 4.2, BUN 40, creatinine 3.48, $CO_2$ 20, glucose 102.
BNP level 427, troponin 0.30 (normal less than 0.05).
EKG revealed sinus bradycardia with inferior ST elevation.

Outside chest x-ray personally reviewed by me showed a fibrotic streak in the right lower lobe and calcification in the aorta.

| | | |
|---|---|---|
| St. Tammany Parish Hospital<br><br>1202 S. Tyler Street<br>Covington, LA 70433 | **NAME:** DOBRONICH, SIDNEY<br>**MED REC #:** 342104<br>**ACCOUNT #:** ▮▮▮▮▮▮<br>**PAT. DOB:** ▮▮▮▮▮▮▮▮<br>**ATTD PHYS:** HAMID SALAM, MD<br>**CNSLT PHYS:** Patrick Torcson, MD<br><br>**Page 2** | **ADMIT:** 02/10/2013<br>02/10/2013<br>**ROOM #:** 0420<br><br><br><br>**CONSULTATION** |

## CONSULTATION

**IMPRESSION:**
1. Acute renal failure. Suspect prolonged hypotension exacerbated by ACE inhibitor with some underlying CKD
2. Acute and chronic anemia
3. Acute inferior ST elevation MI
4. Essential hypertension, blood pressure currently low
5. Cardiogenic shock due to an MI

**PLAN:** Case discussed with Dr. Salam. The patient will be monitored closely in the intensive care unit. Lisinopril discontinued. Post PCI management with antiplatelet therapy. IV fluid hydration. Check urinalysis and renal ultrasound. Recheck creatinine in the a.m. Anemia workup with iron studies and retic count. Check stool for occult blood. Thanks to Dr. Salam for the consultation on this patient. The STPH Hospitalists will continue follow him during the hospital stay.

D: 02/10/2013 02:28:57 T: 02/10/2013 02:48:07
Job #:562307 Doc #: 458713
  cc:

This document has been authenticated by Patrick Torcson, MD on 02/10/2013 02:48:10

End of Report

| St. Tammany Parish Hospital 1202 S. Tyler Street Covington, LA 70433 | **NAME:** DOBRONICH, SIDNEY **MED REC #:** 342104 **ACCOUNT #:** **PAT. DOB:** **ATTD PHYS:** HAMID SALAM, MD **CNSLT PHYS:** Patrick Torcson, MD | **ADMIT:** 02/10/2013 02/10/2013 **ROOM #:** 0420 |
| --- | --- | --- |
| | Page 3 | CONSULTATION |

# DISCHARGE SUMMARY

**REFERRING PHYSICIANS:** Roderick Chandler, Jr., MD and Irfana Khan-Salam, MD.

**ADMITTING DIAGNOSIS:** Status post left hip fracture arthroplasty.

**DISCHARGE DIAGNOSES:**
1. Status post left hip fracture arthroplasty.
2. Encephalopathy.

**BRIEF HISTORY:** *This is an 85-year-old gentleman, tripped and fell at home sustaining left hip fracture needing left hip arthroplasty. Postoperative course with encephalopathy and anemia needing multiple blood transfusions, acute renal failure on top of chronic renal failure, urinary retention.*

**PAST MEDICAL HISTORY:** Significant for recent acute MI needing a stent placement and with chronic kidney disease and hypertension.

**HOSPITAL COURSE:** The patient's course on the rehab unit has been well. The patient was dehydrated, had to give IV fluids during the stay here. The patient also had episodes of orthostasis needing fluid challenge as well as adjusting his blood pressure medications. The patient's encephalopathy has resolved some. His chronic renal failure has been stable. The patient's blood pressure fluctuated and had to adjust his medications per the cardiologist. The patient's left hip incision healed well. Did complain of right hip pain. Right hip MRI showed some muscular pathology which got better with anti-inflammatory and heat modalities. The patient's pain was better controlled by the time of discharge. The patient's CBC from yesterday with hemoglobin of 9.7, hematocrit of 30.7, which has been improving. BMP with a BUN of 67, creatinine of 3.19, and albumin of 2.9. Therapy-wise, the patient is being discharged home with the family to have followup appointment with PCP, Orthopedic, Cardiology, and Renal in a period of 2-week. The patient is to have outpatient PT 3 times per week for the next 2 to 3 weeks.

**DISCHARGE MEDICATIONS:** Include:
1. Tylenol p.r.n.
2. Aspirin 81 mg p.o. daily.
3. Lipitor 20 mg p.o. daily.
4. Tums 1500 mg p.o. at bedtime.
5. Plavix 75 mg p.o. daily.
6. Colace 100 mg p.o. b.i.d.
7. Lexapro 10 mg p.o. daily.
8. Protonix 40 mg p.o. daily.

The patient therapy-wise has been needing supervision with feeding, grooming, bathing, upper extremity dressing, toileting, tub transfers, minimum assist with lower extremity dressing, and toileting. The patient was supervision with bed mobility, ambulation with the help of a rolling

| St. Tammany Parish Hospital | NAME: | DOBRONICH, SIDNEY | ADMIT: 03/17/2013 |
| | MED REC #: | 342104 | DISCH: 04/02/2013 |
| | ACCOUNT #: | ▮▮▮▮▮▮▮▮ | |
| 1202 S. Tyler Street | PAT. DOB: | ▮▮▮▮▮▮▮▮ | |
| Covington, LA 70433 | ADMIT PHYS: | GOLLAMUDI REDDY, MD | |
| | ATTD PHYS: | GOLLAMUDI REDDY, MD | |
| | **Page 1** | | **DISCHARGE SUMMARY** |

## DISCHARGE SUMMARY

walker. Moderate assist with stairs and minimum assist with comprehension, moderate assist with social interaction, maximum assistance with problem solving, memory, and supervision with expression. The patient is being discharged with outpatient PT along with family. The patient is to have followup appointment with his physicians as recommended.

**DISCHARGE DIET:** Low cholesterol diet as tolerated.


Dictated by: Gollamudi Reddy, MD

GR:jh
D: 04/02/2013 13:34:20  T: 04/03/2013 02:55:55
Job #: 575624  Doc #: 471121
 cc:

End of Report

---

<table>
<tr><td>St. Tammany<br>Parish Hospital<br><br>1202 S. Tyler Street<br>Covington, LA 70433<br><br>Signed: Gollamudi Reddy, MD<br>04/03/2013 14:44 CDT</td><td>NAME:<br>MED REC #:<br>ACCOUNT #:<br>PAT. DOB:<br>ADMIT PHYS:<br>ATTD PHYS:<br><br>Page 2</td><td>DOBRONICH, SIDNEY<br>342104<br><br><br>GOLLAMUDI REDDY, MD<br>GOLLAMUDI REDDY, MD</td><td>ADMIT: 03/17/2013<br>DISCH: 04/02/2013<br><br><br><br><br>DISCHARGE SUMMARY</td></tr>
</table>

Assessment Report

Assessment

| Pt Name: | **DOBRONICH, SIDNEY** | | MRN: | **342104** |
|---|---|---|---|---|
| Acct No: | | | Adm DTime: | 03/12/2013 |
| DOB: | | Age/Sex: 85Y/M | Atn Dr: | KHAN-SALAM, IRFANA MD |
| Nurse Sta: | 2-E | | Rm/Bed: | |
| Height: | 5/9 ft,in | | Weight: | 147.5 lbs,oz |
| Dx: | PATH FX FEMUR NECK | | | |
| Alrg: | No Known Allergies, No Known Drug Allergies, No Known Food Allergies | | | |

## Utilization Management Note

**Collected DateTime**        03/13/2013  09:12

**Collected By**        Leguin, Janna

### Utilization Management Note

| | |
|---|---|
| **Diagnosis and Medical History** | DX-Left hip fracture<br>2. Coronary artery disease status post recent ST elevation MI<br>3. Acute on chronic renal failure<br>4. Hypertension<br>PAST MEDICAL HISTORY:<br>1. Essential hypertension, followed at the VA Hospital in New Orleans<br>2. Coronary artery disease status post inferoposterior ST elevation MI (2/2013)<br>-- multivessel CAD (subtotal RCA with thrombus (1BMS), high grade stenosis of an anomalous LCx(2 DES) and 70% stenosis of LAD (s/p angioplasty)<br>3. Acute on chronic kidney disease<br>4. Chronic anemia<br>5. Hypertension |
| **Clinical Assessment** | ER ADMIT-presented to the hospital complaining of left hip pain following a fall at home. Patient states that earlier today, he was ambulating in his home, and his legs gave out beneath him. He fell, landing on his left hip, with immediate pain in the left hip afterward. Patient was brought to the hospital by ambulance and diagnosed with left hip fracture |
| **Surgical or Invasive Procedures** | 3/13 ORIF LEFT FEMUR |
| **Lab or Diagnostic Studies** | WBC 7.4, hemoglobin 9.3, platelets 281. CE -NEG<br>Sodium 140, potassium 4.9, chloride 106, bicarbonate 23, BUN 47, creatinine 4.46.<br>Troponin 0.017, CK 60.<br>DIAGNOSTIC STUDIES: IMAGING:<br>Left hip x-ray: Per my review, left hip fracture |
| **Treatment Plan** | ACUTE/TEL ADMIT, NS 75/H, DILAUDID IVPRN, ZOFRAN IV PRN, PHENERGAN IV PRN, ORTHO CONSULT, CARDIOLOGY CONSULT, NEPHROLOGY CONSULT, NPO FOR SURG |

Clinical Note:


**St. Tammany**
PARISH HOSPITAL
World-class healthcare... Close to home

Page 1 of 1
Printed On: 18-Mar-13 14:37
Printed By:

**DOBRONICH, SIDNEY**
**MRN: 342104**
Acct No:
Room/Bed:

CMAXX:342104~384144192~SOAR0055~2013/03/18 14:37:25~1

Assessment Report                                                 Assessment

| | | |
|---|---|---|
| **Pt Name:** DOBRONICH, SIDNEY | | **MRN:** 342104 |
| **Acct No:** | | **Adm DTime:** 03/12/2013 |
| **DOB:** | **Age/Sex:** 85Y/M | **Atn Dr:** KHAN-SALAM, IRFANA MD |
| **Nurse Sta:** 2-E | | **Rm/Bed:** |
| **Height:** 5/9 ft,in | | **Weight:** 147.5 lbs,oz |
| **Dx:** PATH FX FEMUR NECK | | |
| **Alrg:** No Known Allergies, No Known Drug Allergies, No Known Food Allergies | | |

### Interdisciplinary Progress Note

| | |
|---|---|
| **Collected DateTime** | 03/13/2013 14:08 |
| **Collected By** | Larousse, Renee L |

#### Interdisciplinary Progress Note

**Interdisciplinary Progress Note**   RLL 3/13/13  SW and CC Tammy met with pt to discuss d/c planning.  Pt lives home alone but does have some assistance from his neighbor. Discussed Rehab v SNF as pt is not safe to d/c home alone. Pt nodded in agreement but otherwise did not commit to either.   Pt seemed overwhelmed.  Pt is scheduled for surgery this pm so will re-visit options with him on 3/14/13.  PASRR is on chart awaiting completion.   Need to complete LOCET when therapy notes are available.  Will follow as needed.

Clinical Note:

### Interdisciplinary Progress Note

| | |
|---|---|
| **Collected DateTime** | 03/14/2013 15:31 |
| **Collected By** | Baradell, Rebecca R |

#### Interdisciplinary Progress Note

**Interdisciplinary Progress Note**   PT evaluation order received and completed. Pt will benefit from skilled PT during hospitalization. Preliminary discharge plan is undecided at this time secondary to patient living alone prior to admit and will be based on progression in therapy.    DME owned: RW, shower chair.    DME recommendations: BSC

Clinical Note:

### Interdisciplinary Progress Note

| | |
|---|---|
| **Collected DateTime** | 03/15/2013 10:05 |
| **Collected By** | Larousse, Renee L |

#### Interdisciplinary Progress Note

**Interdisciplinary Progress Note**   RLL 3/15/13 Met with pt to discuss I/P Rehab v SNF. Pt was attentive but guarded and did not commit to either. Pt lives alone.  Pt wanted SW to call neighbor, Darnay 516-6489. Phone conversation with Darnay who is POA and will bring paperwork today. Darnay states she has known pt for 3 years and she and her family have provided pt with assistance with meals, grass cutting, and overall care. Per Darnay, pt does not have any children but does have an older sister. Discussed I/P Rehab v SNF.  Darnay agrees pt will

**St. Tammany**
PARISH HOSPITAL
*World-class healthcare...Close to home*

DOBRONICH, SIDNEY
MRN: 342104
Acct No:
Room/Bed:

Assessment Report     Assessment

## Interdisciplinary Progress Note

**Collected DateTime**     03/15/2013 10:05

**Collected By**     Larousse, Renee L

### Interdisciplinary Progress Note

need rehab and states that pt will d/c to her home after rehab. Darnay would like to have a family meeting this afternoon to discuss. Will follow as needed.

12:30pm  Rehab consulted.

2:00pm  Met with pt and Darnay to discuss rehab options. Pt/Darnay want STPH I/P Rehab if eligible. Neither want SNF. If pt is not eligible for I/P Rehab, Darnay will take pt to her home with HH. Paperwork on file is Designation of Another Advance Directive.

2:30pm  Per Suzie with I/P Rehab, pt has been approved with possible d/c there 3/16 or 3/18/13. Pt is currently on a sodium bicarb drip. Per Suzie, they can accept pt with drip.

**Interdisciplinary Progress Note 2**     5:30pm  Received phone message to call pts grandson, Craig, 509-540-4083 to call. SW met with pt to discuss. Per pt, Craig is not his biological grandson but was his wife's grandson. Pt states he used to live with Craig in Washington but does not have regular contact with him. Pt states he has spoken to Craig since being in the hospital. Pt gives permission for SW to call Craig and answer any questions he might have. SW spoke to Craig who states he contacted EPS and made a report due to concerns about Darnay taking pts money. SW informed Craig that he did the right thing due to concerns verbalized. Craig inquiring if pt can be tested for vascular dementia as he thinks pt is making poor financial decisions. SW informed Craig that testing would be something to pursue as an outpatient. SW informed Craig that EPS will investigate and respond accordingly. No other needs identified.

**Clinical Note:**

## Interdisciplinary Progress Note

**Collected DateTime**     03/18/2013 09:04

**Collected By**     Larousse, Renee L

### Interdisciplinary Progress Note

**Interdisciplinary Progress Note**     RLL 3/18/13 See previous documentation. SW contacted EPS 800-256-4277 to follow up on grandson's, Craig, statement that he made a report to EPS. Per Tracy, no report was made. SW made report due to concerns expressed by Craig.

**Clinical Note:**



St. Tammany
PARISH HOSPITAL
World-class healthcare... Close to home

Page 2 of 2
Printed On: 18-Mar-13 14:39
Printed By:

**DOBRONICH, SIDNEY**
**MRN: 342104**
Acct No:
Room/Bed:

CMAXX:342104~384144192~FORM0155~2013/03/18 14:39:21~1

Assessment Report                                                                 Assessment

**Pt Name: DOBRONICH, SIDNEY**                          **MRN:   342104**

| | | |
|---|---|---|
| **Acct No:** | | Adm DTime: 03/17/2013 |
| **DOB:** | **Age/Sex:** 85Y/M | Atn Dr:   REDDY, GOLLAMUDI MD |
| **Nurse Sta:** | REHB | Rm/Bed: |
| **Height:** | 5/9 ft,in | **Weight:**   139/6 lbs,oz |
| **Dx:** | REHABILITATION PX NEC | |
| **Alrg:** | No Known Allergies, No Known Drug Allergies, No Known Food Allergies | |

## Case Management Note

| | |
|---|---|
| **Collected DateTime** | 03/18/2013  14:28 |
| **Collected By** | Synakiewicz, Stacey B |

### Case Management Note

**Discharge Plan**

SBS 03/18/13 Upon arrival to unit this AM, there was comotion in pt's room between pt's two nephews and a neighbor. Pt was taken to therapy and everyone left. Around 11:30, met with pt in room along with POA and neighbor Darnay. Darnay has been primary caregiver for the pt for the past 3 years. POA paperwork was copied and placed in pt's folder and chart. Pt has used Excel HHC recent but not for long due to not wanting there services. DME at home of a SC and Rollator. Discussed anticipated need of a RW, BSC, and w/c. Also explained process of team conference scheduled for Tuesday 3/19 with anticipated d/c date. At approx. 2pm Detective Stefan Montgomery cell #607-4876 came and interviewed pt and well as EPS worker Shenika #335-5291. Apparently pt has recently been the victim of money fraud. At this time, legally STPH will abide by POA paperwork until furthur notice from Detective Stefan. Nursing staff has been made aware of current situation and advised to not relay todays events to any visitor. Will follow.

**Clinical Note:**

## Case Management Note

| | |
|---|---|
| **Collected DateTime** | 03/25/2013  11:24 |
| **Collected By** | Synakiewicz, Stacey B |

### Case Management Note

**Discharge Plan**

SBS 03/25/13 Received phone call from pt's nephew Forrest Dobbronich #504-810-3397. He just wanted to touch base on pt's d/c date and to give his contact information. At this time, it is still uncertain as to who will be pt's POA/decision maker at d/c. Forrest stated that if all goes well, he will be taking the pt home with him to his home in Diamondhead, MS where his grown daughter will be able to be home with pt 24/7. Also received Forrest's brother George information of a phone #504-236-0512 who live in Picayune, MS and is retired. Forrest stated that he has an apartment in Chalmette where he works where the pt could live if he did not need 24/7 supervision. Stated that at this time, pt will require 24/7 supervision and that should be anticipated upon d/c. Will follow as needed.

*St. Tammany*
PARISH HOSPITAL
*World class healthcare — Close to home*

Page 1 of 2
Printed On: 03-Apr-13 16:30
Printed By:

DOBRONICH, SIDNEY
MRN: 342104

Acct No:
Room/Bed:

CMAXX:342104~384161741~SOAR0047~2013/04/03 16:30:42~1

Assessment Report | Assessment

## Shift Assessment - Interim Rehab

| | |
|---|---|
| Collected DateTime | 03/28/2013  14:48 |
| Collected By | Bennett, Lauren A |

### Pain Interim Rehab

| | |
|---|---|
| Pain Goal | 2 |
| Barriers for Communicating Pain? | No |
| Pain 1 Intensity | 1 |
| Pain greater than goal? | No |

### Nurse Notes Interim Rehab

Nurse Note — Pt. lying in bed, HOB elevated 45 degrees. No c/o pain, no change in status. Assisted pt. to BR minimal assistance. Five visitors arrived to visit w/ the pt., two other the pt. were lawyes, the other three were supposed family members of the pt. they states are coming to get some documents signed by the pt. Call light is in reach.

Clinical Note:

## Shift Assessment - Interim Rehab

| | |
|---|---|
| Collected DateTime | 03/28/2013  16:50 |
| Collected By | Bennett, Lauren A |

### Shift Assessment - Interim Rehab

| | |
|---|---|
| Skin: | No Change |
| Neuro: | No Change |
| Eyes: | No Change |
| Ears: | No Change |
| Nasal: | No Change |
| Throat: | No Change |
| Cardiovascular: | No Change |
| Respiratory: | No Change |
| GI: | No change |
| GU: | No Change |
| Musculoskeletal: | No Change |
| Wound/Pressure: | Improvement |
| ADL: | Improvement |
| PsychSoc: | No Change |
| Pain: | Improvement |
| Learning Needs: | No Change |
| IV Review of Systems | No change |

### Interventions Interim Rehab

| | |
|---|---|
| Patient has a Health Care Power of Attorney | No |

St. Tammany
PARISH HOSPITAL
World class healthcare... Close to home

Page 257 of 308
Printed On: 03-Apr-13 16:31
Printed By:

DOBRONICH, SIDNEY
MRN: 342104
Acct No:
Room/Bed:

CMAXX:342104~384161741~SOAR0051~2013/04/03 16:31:42~1

Assessment Report                                                    Assessment

| | |
|---|---|
| **Pt Name: DOBRONICH, SIDNEY** | **MRN:  342104** |
| Acct No: | Adm DTime: 03/17/2013 |
| DOB:                         Age/Sex: 85Y/M | Atn Dr:  REDDY, GOLLAMUDI MD |
| Nurse Sta:  REHB | Rm/Bed: |
| Height:  5/9 ft,in | Weight:  139/6 lbs,oz |
| Dx:  REHABILITATION PX NEC | |
| Alrg: | No Known Allergies, No Known Drug Allergies, No Known Food Allergies |

### Interdisciplinary Progress Note

**Collected DateTime**         03/18/2013  09:04

**Collected By**                    Larousse, Renee L

#### Interdisciplinary Progress Note

**Interdisciplinary Progress Note**

RLL 3/18/13 See previous documentation. SW contacted EPS 800-256-4277 to follow up on grandson's, Craig, statement that he made a report to EPS. Per Tracy, no report was made. SW made report due to concerns expressed by Craig.

Clinical Note:

### Interdisciplinary Progress Note

**Collected DateTime**         04/01/2013  11:24

**Collected By**                    Powell, Susan

#### Interdisciplinary Progress Note

**Interdisciplinary Progress Note**

Spoke with Forrest this am, Will have pt do outpt PT, at Hanncock Rehab orders faxed over. Forrest stated no DME needed. Will be in for family training on 4/2/13 at 9:30 am.

Clinical Note:


*St. Tammany*
PARISH HOSPITAL
World-class healthcare... Close to home

Page 1 of 1
Printed On: 03-Apr-13 16:32
Printed By:

**DOBRONICH, SIDNEY**
**MRN: 342104**
Acct No:
Room/Bed:

CMAXX:342104~384161741~FORM0155~2013/04/03 16:32:05~1

Assessment Report                                    Assessment

## Shift Assessment - Initial Rehab

Collected DateTime        04/02/2013  08:00

Collected By              Whittington, Sharon

### Fall Risk Initial Rehab

| | |
|---|---|
| Antihypertensives | Yes |
| Sedatives, Narcotics, Hypnotics | No |
| Sensory Deficit | Yes |
| Impulsive/Impaired Judgement | Yes |
| Dizziness or Vertigo | No |
| Fall Risk Total | 20 |
| Discuss Fall Prevention Teaching Protocol with pt. and family | Yes |
| Fall Risk Armband Applied | Yes |
| Fall Risk Yellow Door Tag In Place | Yes |

### Psycho Social Initial Rehab

| | |
|---|---|
| Psycho Social WDL | No |
| Other Psycho Social Dx Noted | D/C with nephew to his home |
| Affect | Calm |
| Behavior | Cooperative, Impaired/Impulsive |

### Pain Initial Rehab

| | |
|---|---|
| Pain Goal | 2 |
| Barriers for Communicating Pain? | No |
| Pain 1 Intensity | 0 |
| Pain greater than goal? | No |

### Education - Initial Shift

| | |
|---|---|
| Education Provided To | Other, see comments |
| Activity/Safety | Yes |
| Activity/Safety Topics | Bed Alarm, Bed Controls, Nurse Call System, Overbed Tabl |
| Fall Prevention | Yes |
| Fall Prevention Topics | Call for assistance for toileting, Risk factors associated with increased risk for falls, Use of appropriate ambulation aids |
| Other Teaching | Yes |
| Other Teaching Topics | did fall risk education with nephew Forrest |
| Other Teaching Comments | gave fall risk preventative care with nephew Forrest |

### Nurse Notes Initial Rehab

Nurse Note        Pt remains confused and continue to use bed alarm and W/C alarm. Forrest who is pts nephew is herefor discharge instruction and teaching. Went over D/C meds with him as well as outpatient therapy. Given Rx. as well as Rx for



St. Tammany
PARISH HOSPITAL
World-class healthcare... Close to home

DOBRONICH, SIDNEY
MRN: 342104

Acct No:
Room/Bed:

Assessment Report                                    Assessment

## Shift Assessment - Initial Rehab

Collected DateTime       04/02/2013  08:00

Collected By             Whittington, Sharon

### Nurse Notes Initial Rehab

outpatient. Dr Salam nurse here with additional Rx. and was also explained to Forrest. Stressed high fall risk and importance of not leaving pt unattended for any time at all or he will attempt to get up by himself and gait can be unsteady. Also spoke to him about Medicare part D drug coverage since pt does not have. Forrest is Power Of Attorney for pt and is new at dealing with the Medicare system . Explained to him that Medicare would have to have copy of Medical Power of attorney to even be able to discuss his coverage with him.Pt has tried to get up several times this am. One episode of incontinence.

Clinical Note:

## Shift Assessment - Interim Rehab

Collected DateTime       03/17/2013  14:00

Collected By             Loupe, Carey

### Interventions Interim Rehab

| | |
|---|---|
| Patient has a Health Care Power of Attorney | No |
| High Risk-Observed patient Q2hrs | Observed patient |
| Pneumonia Vaccine Indication | Pneumonia Vaccine Criteria NOT Met |
| Influenza Vaccine Indication | Influenza Vaccine Criteria NOT Met |
| Assess patient's footwear; provide non-skid footwear | Assess patient's footwear; provide non-skid footwear |
| Place call light within patient's reach | Place call light within patient's reach; instruct patient of proper use |
| Maintain bed in low position; lock wheels | Maintain bed in low position; lock wheels |
| Maintain upper side rails in the raised position | Maintain upper side rails in the raised position |
| Place water, tissues, and bedpan/urinal within the patient's | Place water, tissues, and bedpan/urinal within the patient's easy reach |
| Offer toileting every 2 hrs while patient is awake | Offer toileting while patient is awake (if assistance indicated |
| Maintain a clear path to the bathroom | Maintain a clear path to the bathroom |
| Family/Sitter at Bedside | Family/Sitter at Bedside |
| Isolation Type | Standard |

### Nurse Notes Interim Rehab

Nurse Note                Pt. visiting with family members at bedside.

Clinical Note:

## Shift Assessment - Interim Rehab

Collected DateTime       03/17/2013  15:24

Collected By             Loupe, Carey


St. Tammany
PARISH HOSPITAL
World class healthcare... Close to home

Page 143 of 308
Printed On: 03-Apr-13 16:31
Printed By:

DOBRONICH, SIDNEY
MRN: 342104

Acct No:
Room/Bed: