**U.S. Department of Justice**

*Eastern District of Louisiana*
*U. S. Attorney's Office*

---

*Andre J. Lagarde*
*Assistant United States Attorney*

*650 Poydras Street, Suite 1600*
*New Orleans, LA  70130*

*Telephone:  (504) 680-3009*
*Fax:  (504) 680-3174*

VIA CERTIFIED MAIL
AND REGULAR MAIL

August 30, 2013

Mr. Calvin Thibodaux
29145 Nell Drive
Sun, LA   70427

            RE:  U.S. v. $100,641.06 U.S. Currency, et al
                 Civil Action No. 13-5566 "B"

Dear Mr. Thibodaux:

        The enclosed Complaint for Forfeiture is sent pursuant
to Rule G(4)(b) of the Supplemental Rules of Admiralty of
Maritime Claims and Asset Forfeiture Actions.

        Further, you are given notice of the following:

1.   DATE OF NOTICE: AUGUST 30, 2013.

2.   FORFEITURE COMPLAINT: On August 26, 2013, the
     United States of America filed a civil complaint
     seeking forfeiture of the defendant property
     therein.

3.   FILING OF A VERIFIED CLAIM: Pursuant to
     Supplemental Rule G(5)(a)(ii), in order to avoid
     forfeiture of the defendant property, any person
     who asserts an interest in the defendant property
     **must** file in the above referenced civil proceeding
     a verified claim within **35** days after the date of
     this notice. Should you chose to file a verified
     claim, pursuant to Rule G(5)(a), the claim must:
     (A) identify the specific property claimed; (B)
     identify the claimant and state the claimant's
     interest in the property; and (C) be signed by the
     claimant under penalty of perjury (see 28 U.S.C. §
     1746).

4.   FILING OF AN ANSWER: If you filed a verified
     claim, you **must** then file an Answer to the
     Complaint or a motion under Rule 12 of the Federal

HC 7

Rules of Civil Procedure within 20 days after
filing the verified claim.

5.   ATTORNEYS FOR PLAINTIFF: In addition to filing the
     claim and answer with the Court, same must be
     served upon:

               ANDRE J. LAGARDE
               Assistant United States Attorney
               650 Poydras Street, Suite 1600
               New Orleans, LA   70130

**Failure to follow the requirements set forth above may result in
Judgment by Default taken against you for relief demanded in the
Complaint for Forfeiture.  You may wish to seek legal advice to
protect your interests.**

               Sincerely,

               DANA BOENTE
               UNITED STATES ATTORNEY


               ANDRE J. LAGARDE
               Assistant United States Attorney


AJL/jcr
Enclosure

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION NO.** |
| **v.** | * | **SECTION:** |
| **$100,641.06 U.S. CURRENCY SEIZED FROM RESOURCE BANK ACCOUNT NUMBER: 1133164, IN THE NAME OF CALVIN THIBODAUX;** | * | |
| | * | |
| **$20,800 U.S. CURRENCY SEIZED FROM BERRYLAND CAMPERS FOR THE PURCHASE OF A 2013 ROCKWOOD TRAILER;** | * | |
| | * | |
| **2013 NISSAN ALTIMA, BEARING VEHICLE IDENTIFICATION NUMBER: 1N4AL3AP1DN478757;** | * | |
| | * | |
| **2001 CHEVROLET SILVERADO PICKUP TRUCK, BEARING VEHICLE IDENTIFICATION NUMBER: 2GCEC19T311359395;** | * | |
| | * | |
| **2012 KUBOTA TRACTOR WITH PARKER TRAILER;** | * | |

*    *    *

## COMPLAINT FOR FORFEITURE IN REM

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes

plaintiff, the United States of America, and respectfully avers and alleges to this Court as follows

in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**1.**

This Honorable Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355.

**2.**

Venue is proper within this judicial district pursuant to Title 28, United States Code, Sections 1355 and 1395.

**3.**

The plaintiff is the United States of America, a sovereign nation authorized to sue.

**4.**

The *in rem* defendants are:

> $100,641.06 U.S. Currency seized from Resource Bank Account Number: 1133164, in the name of Calvin Thibodaux;
>
> $20,800 U.S. Currency seized from Berryland Campers for the purchase of a 2013 Rockwood Trailer;
>
> 2013 Nissan Altima, bearing Vehicle Identification Number: 1N4AL3AP1DN478757;
>
> 2001 Chevrolet Silverado Pickup Truck, bearing Vehicle Identification Number: 2GCEC19T311359395;
>
> 2012 Kubota Tractor with Parker Trailer;

**5.**

This cause of action arises pursuant to Title 18, United States Code, Section 981, *et seq*.

**6.**

The *in rem* defendant properties constitute or are derived from proceeds traceable violations of Title 18, United States Code, Sections 1343, 1344 and 1349, and are, therefore, subject to seizure and forfeiture to the United States pursuant to Title 18, United States Code,

2

Sections 981(a)(1)(C) and 981(a)(1)(D), all as more particularly set forth in the attached affidavit of Special Agent Ricky J. Rauch, Jr., of the United States Secret Service, marked Exhibit "A" and by this reference fully incorporated herein. As more fully set forth in Exhibit A, the *in rem* defendant property constitutes proceeds of Wire Fraud, in violation of 18 U.S.C. § 1343, and/or Bank Fraud, in violation of 18 U.S.C. § 1344.

### 7.

Additionally, the *in rem* defendant properties were involved in transactions or attempted transactions of money laundering in violation of Title 18, United States Code, Sections 1956(a)(1)(B), 1956(h), and 1957 and are, therefore, subject to seizure and forfeiture to the United States, all as more particularly set forth in the attached affidavit of Special Agent Ricky J. Rauch, Jr., of the United States Secret Service, marked Exhibit "A," and by this reference fully incorporated herein. 18 U.S.C. § 981(a)(1)(A). More specifically, and in addition to the fact that the *in rem* defendant properties are separately forfeitable under Wire Fraud and/or Bank Fraud, the properties were involved in transactions designed to conceal the true nature, source, and ownership of the funds. 18 U.S.C. § 1956(a)(1)(B)(i). Both Wire Fraud and Bank Fraud constitute "specified unlawful activit[ies]," as defined by 18 U.S.C. § 1956(c)(7)(A). 18 U.S.C. § 1961(1).

### 8.

By reason of the foregoing and Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C), 981(a)(1)(D), and 981(f), the *in rem* defendant properties identified in Paragraph 4, *supra*, have become and are forfeited to the United States of America. The instant *in rem* proceeding has been initiated, seeking recognition of same.

3

**WHEREFORE**, plaintiff, United States of America prays:

1. That due process issue to enforce the forfeiture and to give notice to interested parties to appear and show cause why the forfeiture should not be decreed;

2. That the defendants:

> $100,641.06 U.S. Currency seized from Resource Bank Account Number: 1133164, in the name of Calvin Thibodaux;

> $20,800 U.S. Currency seized from Berryland Campers for the purchase of a 2013 Rockwood Trailer;

> 2013 Nissan Altima, bearing Vehicle Identification Number: 1N4AL3AP1DN478757;

> 2001 Chevrolet Silverado Pickup Truck, bearing Vehicle Identification Number: 2GCEC19T311359395;

> 2012 Kubota Tractor with Parker Trailer;

be condemned and forfeited to the United States of America to be disposed of in accordance with law; and

3. That this Court grant such other further relief that it may deem just and proper.

Respectfully submitted,

DANA BOENTE
UNITED STATES ATTORNEY

/s/ Andrew Lagarde
ANDRE J. LAGARDE, T.A.
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3009
La. Bar Roll No. 28649
Andre.Lagarde@usdoj.gov

4

**PLEASE ISSUE AND SERVE
WARRANTS OF ARREST ON:**

$100,641.06 U.S. Currency seized from Resource Bank Account Number: 1133164, in the name of Calvin Thibodaux;

$20,800 U.S. Currency seized from Berryland Campers for the purchase of a 2013 Rockwood Trailer;

2013 Nissan Altima, bearing Vehicle Identification Number: 1N4AL3AP1DN478757;

2001 Chevrolet Silverado Pickup Truck, bearing Vehicle Identification Number: 2GCEC19T311359395;

2012 Kubota Tractor with Parker Trailer;

**Located at:**
UNITED STATES SECRET SERVICE
One Lakeway Center
3900 N. Causeway Blvd., Suite 1400
Metairie, LA   70002

5

## VERIFICATION

I, Ricky J. Rauch, Jr., hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Secret Service, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the United States Secret Service.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th of August, 2013.

RICKY J. RAUCH, JR., SPECIAL AGENT
United States Secret Service

STATE OF LOUISIANA      )
                              )     AFFIDAVIT OF Ricky J. Rauch, Jr.

Parish of Orleans          )

I, Ricky Joseph Rauch, Jr., first being duly sworn, depose and state:

     1.     That I am a Special Agent with the United States Secret Service ("USSS") and have been employed as a Special Agent for approximately five years. During the course of my employment, I have conducted numerous investigations of financial fraud, bank fraud, embezzlement, identity theft, and violations of Title 18, United States Code. I have also been involved in the investigation of asset forfeiture as it relates to specific cases to which I was assigned.

     2.     Your affiant is the USSS case agent in charge of investigating a case of fraud related to elder exploitation. To date, the investigation has revealed that a caretaker and her husband have, via power of attorney and other fraudulent mechanisms, defrauded a hospitalized elderly man. On March 26, 2013, your affiant was contacted by Detective Stefan Montgomery of the St. Tammany Parish Sheriff's Office, a Task Force Officer (TFO) for the USSS Financial Crimes Task Force, regarding a case of elder exploitation. The complainants, identified as George and Forest Dobronich, were concerned for the financial wellbeing of their uncle, Sidney Dobronich ("Mr. Dobronich"). The complainants had recently been contacted about a series of large and unusual withdrawals from Mr. Dobronich's brokerage account. Mr. Dobronich is an eighty-five year old male, who is the apparent victim of the scheme more fully set forth herein and who lives alone. Mr. Dobronich has neither children nor a spouse. At the time of the complaint, Mr. Dobronich was in St. Tammany Hospital, recovering from a hip fracture after suffering a fall inside his residence.

     3.     Detective Montgomery then contacted Romano Investments and Insurance in Bogalusa, Louisiana and learned that Mr. Dobronich had a large amount of money invested into a brokerage account. Over the past two years, Romano Investments had wired a monthly electronic deposit of $1,200.00 into Mr. Dobronich's Capital bank account (account number ******1720) for living expenses. On February 13, 2013, Romano Investments was contacted by DARNAY THIBODAUX, who identified herself as Mr. Dobronich's neighbor and caretaker. She claimed to have power of attorney for Mr. Dobronich and requested $30,000 to settle his medical expenses. Mr. Dobronich was in the hospital at this time after suffering heart problems. Joe Romano spoke with Mr. Dobronich directly by phone before authorizing the transfer. On February 20, 2013, DARNAY THIBODAUX presented a power of attorney and last will and testament to Romano Investments, showing that she had full authority and that all of Mr. Dobronich's assets were being willed to her upon his death. Thibodaux stated that additional medical bills had come due and requested an additional $30,000 transfer to the same Capital One

AFFIDAVIT OF SA RICKY J. RAUCH, JR.    PAGE 1           **Exhibit "A"**

account. On March 5, 2013, DARNAY THIBODAUX contacted Romano Investments and requested a transfer of $179,000 to the Capital One account for the purchase of a home. Romano became suspicious and demanded to speak to Mr. Dobronich, who was not immediately available. Upon callback, Mr. Dobronich told Romano they were "looking at a home" and authorized the transfer. Romano has since reported to law enforcement officers that he heard DARNAY THIBODAUX in the background telling Mr. Dobronich what to say. On March 11, 2013, DARNAY THIBODAUX called Romano Investments again, requesting an additional $95,000 for closing costs. Joe Romano transferred the money but, because of his concerns, sought out one of Mr. Dobronich's family members. Ultimately, Mr. Romano reached Mr. Dobronich's nephews, who are the complainants in the underlying criminal investigation.

4.      On March 12, 2013, Mr. Dobronich was re-admitted to St. Tammany Hospital with a fractured hip. The complainants then met with DARNAY THIBODAUX, who gave conflicting statements about why she had needed to spend $334,000 of Mr. Dobronich's funds over the course of just one month. Suspicious of the activity, they contacted the St. Tammany Parish Sheriff's Office for assistance.

5.      On March 18, 2013, Detective Montgomery met with Mr. Dobronich at St. Tammany Parish Hospital. During the interview, Mr. Dobronich appeared alert and oriented. Mr. Dobronich confirmed that he knew the THIBODAUXS and stated that he was selling them his property for $500 per month; however, they were behind on the payments. Mr. Dobronich then stated that the Thibodaux's checked on him, but he preferred to live alone and took care of himself. Mr. Dobronich denied giving permission to DARNAY THIBODAUX, or anyone else, to borrow money, handle his finances, or make any transactions on his behalf. Mr. Dobronich did not remember making any large withdrawals from Romano Investments and did not remember granting DARNAY THIBODAUX power of attorney. He recalled only that DARNAY THIBODAUX provided him "a bunch of paperwork to sign." When asked about a $30,000.00 withdrawal, he stated he called "Joe" (Romano) to settle his hospital bill. He did not remember any other transactions and appeared confused about recent details. When asked who his beneficiaries were, he named George and Forest Dobronich, his nephews and the complainants in the underlying criminal investigation.

6.      After reviewing the investment account transfers, Detective Montgomery obtained Mr. Dobronich's Capital One bank account records and determined that most of the money had already been withdrawn in cash or used to purchase large items, including vehicles, a tractor, and real estate. None of the money appeared to be used for the alleged medical expenses or any other purchases attributable to the elderly account holder, Mr. Dobronich. It is also noted that Capital One's server for this region is located in Plano, Texas. Therefore, in order to process transactions such as those discussed herein, an interstate wire transmission is involved. 18 U.S.C. §1343. The following is a timeline of debits from the account:

AFFIDAVIT OF SA RICKY J. RAUCH, JR.      PAGE 2                    **Exhibit "A"**

a. DARNAY THIBODAUX added herself to Mr. Dobronich's bank account via power of attorney; and on February 15, 2013, she made a $3,000.00 withdrawal.

b. On February 16, 2013, DARNAY THIBODAUX made a $7,500.00 withdrawal.

c. On February 20, 2013, DARNAY THIBODAUX obtained a cashier's check in the amount of $26,000.00 payable to CALVIN THIBODAUX with "doctor bills" listed in the memo field. The check was endorsed and deposited on February 20, 2013, by Eddie Tourelle's Northpark Nissan in Covington, LA. The check was furnished for the purchase of a 2013 Nissan Altima sedan, which is registered to DARNAY THIBODAUX at 29145 Nell Drive, Sun, LA.

d. On February 22, 2013, DARNAY THIBODAUX made a withdrawal of $15,000.00.

e. On March 5, 2013, DARNAY THIBODAUX made a withdrawal of $10,000.00.

f. On March 6, 2013, DARNAY THIBODAUX wrote a $400.00 check payable to Christopher Thibodaux.

g. On March 7, 2013, DARNAY THIBODAUX made a withdrawal of $4,500.00.

h. On March 8, 2013, DARNAY THIBODAUX made a withdrawal of $10,000.00.

i. On March 11, 2013, DARNAY THIBODAUX obtained a cashier's check payable to Citizen's Savings Bank for $45,000.00 with "purchase of 29066 Ellis Drive" in the memo field.

j. On March 11, 2013, DARNAY THIBODAUX made a withdrawal of $10,000.00.

k. On March 11, 2013, DARNAY THIBODAUX obtained a cashier's check payable to Evergreen Tractor in Covington for $22,944.31 with "tractor for Calvin and Darnay Thibodaux" in the memo field.

l. On March 13, 2013, DARNAY THIBODAUX made a withdrawal of $50,510.00.

m. On March 13, 2013, DARNAY THIBODAUX made a withdrawal of $29,000.00.

n. On March 13, 2013, DARNAY THIBODAUX obtained a cashier's check payable to CALVIN THIBODAUX for $100,000.00 which was deposited into Resource Bank account #1133164 on the same date. The account is registered to Calvin Thibodaux.

AFFIDAVIT OF SA RICKY J. RAUCH, JR.     PAGE 3                    **Exhibit "A"**

7.     DARNAY THIBODAUX made similar debits from Mr. Dobronich's Citizen Saving's bank account, including a February 15, 2013, $10,500.00 check that was signed by Mr. Dobronich. The check was converted to a cashier's check and was used to purchase a Chevrolet truck in the name of CALVIN THIBODAUX, DARNAY THIBODAUX'S husband, at Nationwide Auto Sales in Covington, LA.

8.     Further review of Mr. Dobronich's Capital One bank accounts revealed that on March 15, 2013, DARNAY THIBODAUX used a debit card from Mr. Dobronich's Capital One account to make a $500.00 down payment, via phone order, for a "slide out" 2013 Rockwood travel trailer at Berryland Campers, 42775 Pleasant Ridge Road, Ponchatoula, Louisiana, 70454. That same day, she gave the dealership $19,000.00 in cash towards the purchase price. It should be noted that, between February 15, 2013 and March 13, 2013, DARNAY THIBODAUX made $139,510.00 in cash withdrawals from Mr. Dobronich's Capital One bank account. On March 19, 2013, CALVIN THIBODAUX purchased a service contract on the trailer, paying $1,800.00 in cash, and wrote a check from the Resource Bank account of Calvin Thibodaux Jr in the amount of $17,697.93, for the remaining balance of the trailer. This check was written after DARNAY THIBODAUX had deposited a $100,000.00 cashier's check into her husband's Resource Bank account drawn upon Mr. Dobronich's Capital One account (of which the cashier's check was deposited on March 13, 2013). When Berryland representatives attempted to cash the Resource Bank check, the transaction was declined, as a state search warrant had been executed on the account thereby freezing all funds. At this time, Berryland representatives notified the Thibodaux's of the declined check and the Thibodaux's agreed to return the camper for a refund of the $19,000.00 already paid. Berryland then issued a check, dated March 26, 2013, drawn upon their Capital One bank business account, made payable to CALVIN THIOBODAUX and DARNAY THIBODAUX, in the amount of $19,000.00. During the state search warrant of the THIBODAUXS' residence, this check was located in the passenger compartment of CALVIN THIBODAUX's 2001 Chevy truck and was seized as evidence by STPSO.

9.     Based upon the preceding information in this case, Detective Montgomery obtained a state search warrant for the THIBODAUX'S residence, 29145 Nell Drive, Sun, LA. On March 27, 2013, St. Tammany Detectives and Financial Crimes Task Force members executed the state search warrant at the THIBODAUX residence. After securing the scene, task force members located the purchased Nissan Altima sedan, Chevrolet truck, and tractor, which were all parked at the THIBODAUX residence. During the search, other items of evidentiary value were located, including Mr. Dobronich's wallet, which was found in the THIBODAUXS' bedroom safe. During a subsequent interview of DARNAY and CALVIN THIBODAUX by SA Rauch and Detective Montgomery, DARNAY THIBODAUX advised that she had been caring for Mr. Dobronich for approximately two years. She admitted to purchasing the vehicles and tractor with Mr. Dobronich's funds. She further advised that all financial transactions were authorized by Mr. Dobronich as "gifts." When questioned by Detective Montgomery as to whether she had paid for any of Mr. Dobronich's medical expenses with his money, DARNAY

THIBODAUX advised she had not, stating, "The bills hadn't come in yet." When advised that Mr. Dobronich stated the purchases were unauthorized, she could not provide any further explanation.

10.     Notwithstanding their inability to explain the unauthorized purchases, later that same day, March 27, 2013, with the assistance of a notary public with whom they are friends, the THIBODAUXS went to Mr. Dobronich's hospital room and presented him with a handwritten "affidavit." The assertions of the handwritten affidavit, which is not in Mr. Dobronich's handwriting, contradict all pertinent information provided to law enforcement both by Mr. Dobronich and the THIBODAUXS. The "affidavit" suggests that the motor vehicle and tractor purchases were authorized and expressly represents that Mr. Dobronich "does not want to press charges against Calvin and/or Darnay Thibodaux." Your affiant submits that this affidavit is, among other things, evidence of the THIBODAUXS' consciousness of guilt. Additionally, the presentation of this affidavit to Mr. Dobronich, who was still in the hospital, further demonstrates both Mr. Dobronich's fragile capacity and the THIBODAUXS ability and willingness to continue to exploit this vulnerability for their own personal gain.

11.     Upon further investigation of the $45,000 cashier's check for the purchase of 29066 Ellis Drive, Sun, LA, SA Rauch and Detective Montgomery obtained, via the St. Tammany Clerk of Court's office, sales documentation from this transaction. This documentation listed an Act of Donation on March 13, 2013 from Buffie Lynn Crawford Singletary and Charles Singletary to Darnay and Calvin THIBODAUX. The act was notarized by Janet Singletary, a notary employed by Rebecca Crawford. The document did not identify any exchange of funds; and there was no record of the alleged transaction in the Parish public record.

12.     On April 2, 2013, Detective Montgomery interviewed Rebecca Crawford regarding her knowledge of this investigation. Crawford stated Mr. Dobronich appeared to be of sound mind and willingly signed all the documents. She stated that, on March 27, 2013, the THIBODAUXS came to her residence visibly upset, stating the police had seized all of their belongings. Based upon the alleged advice of the THIBODAUXS' criminal counsel, Crawford was asked to prepare an affidavit stating that had Mr. Dobronich consented to the transactions. Crawford stated that she went back to the hospital that night and that she handwrote the affidavit. She further stated that Mr.Dobronich did not appear as alert as during their earlier encounters and that he appeared to be in pain. However, she stated Mr. Dobronich read the document and did not ask any questions before signing. Darnay THIBODEAUX was already present in the hospital room when Crawford arrived. When questioned about the Act of Donation between Buffy Singletary and Darnay THIBODAUX, she stated her office prepared the documentation; however, she was under the impression that it was a Cash Sale. Crawford then reviewed the document and agreed it was signed by her employee, Janet Singletary.

AFFIDAVIT OF SA RICKY J. RAUCH, JR.     PAGE 5                    **Exhibit "A"**

13.     On April 2, 2013, Detective Montgomery interviewed Janet Singletary regarding this transaction. Initially, Singletary advised that she was aware that the transaction was actually a Cash Sale. However, when Detective Montgomery began recording the interview, per St. Tammany Sheriff's Office protocol, she recanted her earlier statement, saying that she was unsure as to whether the transaction was a Cash Sale or Act of Donation. However, she confirmed that she prepared the documents as an Act of Donation, per the request of the THIBODAUXS and she recalled seeing a check exchanged between the buyer and seller.

14.     On April 3, 2013, Detective Montgomery spoke with Buffy Singletary, who also stated the transaction was a cash sale. Singletary was originally told by Calvin THIBODAUX that the money for the sale was from a loan. However, she was later told by Darnay THIBODAUX that the money was from an inheritance from her grandmother's recent death. Singletary further advised that she spoke with Darnay THIBODAUX sometime after the execution of the search warrant on her residence, at which time, THIBODAUX requested Singletary to lie and state that she (Singletary) had previously met Mr. Dobronich (which she had not).

15.     On April 4, 2013, SA Rauch, SA Matthew Pedersen, and Detective Montgomery re-interviewed Buffie Singletary regarding her knowledge of this case. She advised that she has known the THIBODAUX'S for years, as they had previously rented property from her, for which they were frequently delinquent on payments. She then advised that sometime on or around March 7, 2013, she was contacted by Calvin THIBODAUX, who advised that he wished to purchase her property, located at 29066 Ellis Drive, Sun, LA, as he had recently received a loan. She stated that they subsequently agreed upon the purchase price of $45,000. On March 7, 2013, Singletary received a text message from Darnay THIBODAUX stating that the purchase could be done through Rebecca Crawford's title company, as THIBODAUX had recently done some transactions with Crawford. Singletary then stated that, upon arriving at the title company for the land transaction on March 13, 2013, she was told that the transaction would be documented as an Act of Donation by Janet Singletary, who explained that it would be documented as such because the THIBODAUX'S were concerned about public records showing their involvement with a cash sale. Present for the transaction were Buffie Singletary, Darnay THIBODAUX, Calvin THIBODAUX, and Janet Singletary. Charles Singletary, husband of Buffie Singletary, was not present, as he had signed the document earlier in the day. At the conclusion of the transaction, Bufffie Singletary advised that Darnay THIBODAUX handed her $500 in cash in the parking lot, stating that it was "for your trip." Singletary then deposited the cashier's check to pay off her mortgage.

16. When questioned about her knowledge of Mr. Dobronich, Singletary stated that she has never met him and was only recently, after the execution of the state search warrant, made aware of his last name by Darnay THIBODAUX.   However, on April 2, 2013, Singletary received a text message from Darnay THIBODAUX reading as follows: "Come  over right after school just tell them the truth me an u went to mr Sidney's house an he said it was fine to buy the

AFFIDAVIT OF SA RICKY J. RAUCH, JR.     PAGE 6                    **Exhibit "A"**

house its no big deal were not lying an got the papers to prove it." Singletary consented to SA Rauch examining the above text message located on her cellular phone, it read as indicated. When questioned as to how long THIBODAUX had been caring for Mr. Dobronich, Singletary advised that, contrary to what THIBODAUX advised SA Rauch during the search warrant, stating that she had been caring for him for approximately two years, THIBODAUX had only been caring for Mr. Dobronich for several months. Singletary further advised that on April 4, 2013, she was contacted by Christina Penton, daughter of Darnay THIBODAUX, who advised that she believed her mother was "stealing an old man's money." Singletary then consented to placing several monitored and recorded telephone calls to Darnay THIBODAUX and Calvin THIBODAUX. During her conversation with Darnay THIBODAUX, Singletary advised THIBODAUX that she was uncomfortable lying to law enforcement about meeting Mr. Dobronich if she was questioned regarding this investigation. THIBODAUX advised "I would do it for you." During a conversation with Calvin THIBODAUX, Singletary further advised that she was uncomfortable about potentially lying to law enforcement, to which he advised that he'd appreciate it if she lied.

17.     On April 4, 2013, SA Rauch, SA Pedersen, and Detective Montgomery interviewed Christina Penton, daughter of Darnay THIBODAUX, regarding her knowledge of this investigation. She advised that sometime on or around the end of January 2013, she was contacted via telephone by her mother, who advised that while cleaning Mr. Dobronich's residence, she located a bank statement indicating that he had approximately $800,000 in his bank account. She was later contacted on February 6, 2013, via telephone by her mother, who questioned Penton about various pain pills and medications. When questioned as to how long THIBODAUX had been caring for Mr. Dobronich, Ms. Penton advised that THIBODAUX had been caring for Mr. Dobronich only several months, contrary to what THIBODAUX advised SA Rauch during the search warrant, as she indicated she had been caring for him for approximately two years.

18.     Your affiant is aware of the fact that, in connection with the aforementioned circumstances, on June 5, 2013, DARNAY and CALVIN THIBODAUX were charged with Exploitation of the Infirmed in violation of La. R.S. 14:93.4.  *See State of Louisiana v. Thibodaux*, 22nd JDC, Docket No. 534840, Div. "C." On June 12, 2013, the THIBODAUXS were arraigned on these felony charges and entered pleas of not guilty. The matter is presently set for trial on December 16, 2013. Additionally, your affiant is aware of the fact that the complainants have an open civil lawsuit (Revocatory Action) regarding the underlying fraud and exploitation. *Forrest Dobronich, et al. v. Darnay Thibodaux, et al.*, 22nd JDC, Civ. No. 2013-11784.

19.     Based on the foregoing facts, your affiant believes and avers that the defendant properties constitute proceeds of the scheme to defraud Mr. Dobronich and financial institutions, in violation of Title 18, United States Code, Sections 1343, 1344, and 1349 and are, therefore, subject to forfeiture. Additionally, your affiant suggests that the aforementioned properties are

AFFIDAVIT OF SA RICKY J. RAUCH, JR.     PAGE 7                              Exhibit "A"

forfeitable based upon its involvement in Money Laundering activity, in violation of 18 U.S.C. §§ 1956 and 1957.

_____

RICKY J. RAUCH, JR., SPECIAL AGENT
United States Secret Service

Sworn to and subscribed before me
this 26th day of August, 2013.

ARIANA NEWMAN
Notary I.D. Number: 65433
My commission expires at death

AFFIDAVIT OF SA RICKY J. RAUCH, JR.    PAGE 8                    Exhibit "A"



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

---

*Andre J. Lagarde*
*Assistant United States Attorney*

*650 Poydras Street, Suite 1600*         *Telephone: (504) 680-3009*
*New Orleans, Louisiana 70130*               *Fax: (504) 680-3174*

CERTIFIED MAIL AND
REGULAR MAIL

October 23, 2013

Mr. Calvin Thibodaux
29145 Nell Drive
Sun, LA   70427

RE:   U.S. v. $100,641.06 U.S. Currency, et al
Civil Action No. 13-5566 "B"(4)

Dear Mr. Thibodaux:

As per our conversation, enclosed please find the Stipulation for Compromise Settlement, Joint Motion for Consent Judgment and Consent Judgment in the above-captioned matter.  As we have discussed, the execution of these papers will serve to fully resolve the Federal Court action.

If you and Mrs. Thibodaux do wish to resolve this action in the manner discuss, I ask that you please return these executed papers to me within ten (10) days of receipt so that we avoid further action in the case.

Sincerely,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

ANDRE J. LAGARDE
Assistant United States Attorney

AJL/jcr
Enclosures

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 13-5566 |
| v. | * | SECTION: "B"(4) |
| $100,641.06 U.S. CURRENCY SEIZED FROM RESOURCE BANK ACCOUNT NUMBER: 1133164, IN THE NAME OF CALVIN THIBODAUX; | * * | |
| | * | |
| $20,800 U.S. CURRENCY SEIZED FROM BERRYLAND CAMPERS FOR THE PURCHASE OF A 2013 ROCKWOOD TRAILER; | * * | |
| 2013 NISSAN ALTIMA, BEARING VEHICLE IDENTIFICATION NUMBER: 1N4AL3AP1DN478757; | * * | |
| 2001 CHEVROLET SILVERADO PICKUP TRUCK, BEARING VEHICLE IDENTIFICATION NUMBER: 2GCEC19T311359395; | * * | |
| | * | |
| 2012 KUBOTA TRACTOR WITH PARKER TRAILER; | * | |

\*     \*     \*

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated and agreed by and between the plaintiff, the United States of America, and the claimants, DARNAY THIBODAUX and CALVIN THIBODAUX, as follows:

1.     That the parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2.     That the claimant, DARNAY THIBODAUX, agrees to withdraw her claim to the following described defendants:

> $100,641.06 U.S. Currency seized from Resource Bank Account Number: 1133164, in the name of Calvin Thibodaux;
>
> $20,800 U.S. Currency seized from Berryland Campers for the purchase of a 2013 Rockwood Trailer;
>
> 2013 Nissan Altima, bearing Vehicle Identification Number: 1N4AL3AP1DN478757;
>
> 2001 Chevrolet Silverado Pickup Truck, bearing Vehicle Identification Number: 2GCEC19T311359395;
>
> 2012 Kubota Tractor with Parker Trailer;

3.     That the claimant, DARNAY THIBODAUX, therefore, consents to the forfeiture of the above described defendants in Paragraph 2 and acknowledges that the same shall be deemed forfeited to the United States and disposed of in the manner prescribed by law without any further administrative or judicial process.

4.     That the claimant, CALVIN THIBODAUX, agrees to withdraw his claim to the following described defendants:

> $100,641.06 U.S. Currency seized from Resource Bank Account Number: 1133164, in the name of Calvin Thibodaux;
>
> $20,800 U.S. Currency seized from Berryland Campers for the purchase of a 2013 Rockwood Trailer;
>
> 2013 Nissan Altima, bearing Vehicle Identification Number: 1N4AL3AP1DN478757;
>
> 2001 Chevrolet Silverado Pickup Truck, bearing Vehicle Identification Number: 2GCEC19T311359395;
>
> 2012 Kubota Tractor with Parker Trailer;

5.    That the claimant, CALVIN THIBODAUX, therefore, consents to the forfeiture of the above described defendants in Paragraph 4 and acknowledges that the same shall be deemed forfeited to the United States and disposed of in the manner prescribed by law without any further administrative or judicial process.

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


_____
(DATE)

_____  (28649)
ANDRE J. LAGARDE
Assistant United States Attorney
Attorney for the Plaintiff
United States of America


_____
(DATE)

_____
DARNAY THIBODAUX
Claimant


_____
(DATE)

_____
CALVIN THIBODAUX
Claimant

3

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 13-5566 |
| v. | * | SECTION: "B"(4) |
| $100,641.06 U.S. CURRENCY SEIZED FROM RESOURCE BANK ACCOUNT NUMBER: 1133164, IN THE NAME OF CALVIN THIBODAUX; | * | |
| | * | |
| $20,800 U.S. CURRENCY SEIZED FROM BERRYLAND CAMPERS FOR THE PURCHASE OF A 2013 ROCKWOOD TRAILER; | * | |
| | * | |
| 2013 NISSAN ALTIMA, BEARING VEHICLE IDENTIFICATION NUMBER: 1N4AL3AP1DN478757; | * | |
| | * | |
| 2001 CHEVROLET SILVERADO PICKUP TRUCK, BEARING VEHICLE IDENTIFICATION NUMBER: 2GCEC19T311359395; | * | |
| | * | |
| 2012 KUBOTA TRACTOR WITH PARKER TRAILER; | * | |

\*   \*   \*

## JOINT MOTION FOR CONSENT JUDGMENT

**NOW INTO COURT** comes the United States of America, by and through the

undersigned Assistant United States Attorney, and claimants, DARNAY THIBODAUX and

CALVIN THIBODAUX, who move this Honorable Court for Consent Judgment in the above-

captioned matter, all as is more fully explained below.

1

**1.**

On August 26, 2013, a Complaint for Forfeiture in the above-captioned matter was filed seeking forfeiture of the following described defendants:

$100,641.06 U.S. Currency seized from Resource Bank Account Number: 1133164, in the name of Calvin Thibodaux;

$20,800 U.S. Currency seized from Berryland Campers for the purchase of a 2013 Rockwood Trailer;

2013 Nissan Altima, bearing Vehicle Identification Number: 1N4AL3AP1DN478757;

2001 Chevrolet Silverado Pickup Truck, bearing Vehicle Identification Number: 2GCEC19T311359395;

2012 Kubota Tractor with Parker Trailer;

for violations of Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C) and 981(a)(1)(D).

**2.**

On September 25, 2013, claimants, DARNAY THIBODAUX and CALVIN THIBODAUX filed claims for the above described defendants. No other parties have filed a claim for the said defendants and the time for doing so has expired.

**3.**

A Stipulation for Compromise Settlement was agreed upon by all parties, a copy of which is attached hereto as Exhibit "1." This agreement called for claimants, DARNAY THIBODAUX and CALVIN THIBODAUX to withdraw their claims of interest in the

2

defendants. Further, this agreement called for the forfeiture of the above described defendants and be disposed of according to law.

**4.**

       **WHEREFORE,** all parties respectfully request that a Consent Judgment be issued adopting the Settlement and Stipulation Agreement known as Exhibit "1" and ordering a Consent Judgment as agreed upon in Exhibit "1" and be disposed of according to law.

       Respectfully submitted,

       KENNETH ALLEN POLITE, JR.
       UNITED STATES ATTORNEY


       _____
       ANDRE J. LAGARDE    (28649)
       Assistant United States Attorney
       650 Poydras Street, Suite 1600
       New Orleans, LA 70130
       Telephone: (504) 680-3009

       Attorney for Plaintiff
       United States of America


       _____
       DARNAY THIBODAUX
       Claimant


       _____
       CALVIN THIBODAUX
       Claimant

3

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 13-5566 |
| v. | * | SECTION: "B"(4) |
| $100,641.06 U.S. CURRENCY SEIZED FROM RESOURCE BANK ACCOUNT NUMBER: 1133164, IN THE NAME OF CALVIN THIBODAUX; | * | |
| | * | |
| $20,800 U.S. CURRENCY SEIZED FROM BERRYLAND CAMPERS FOR THE PURCHASE OF A 2013 ROCKWOOD TRAILER; | * | |
| | * | |
| 2013 NISSAN ALTIMA, BEARING VEHICLE IDENTIFICATION NUMBER: 1N4AL3AP1DN478757; | * | |
| | * | |
| 2001 CHEVROLET SILVERADO PICKUP TRUCK, BEARING VEHICLE IDENTIFICATION NUMBER: 2GCEC19T311359395; | * | |
| | * | |
| 2012 KUBOTA TRACTOR WITH PARKER TRAILER; | * | |

*   *   *

## CONSENT JUDGMENT

Considering the foregoing Joint Motion and attached Exhibit "1" of the Government and claimants,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the defendants:

    $100,641.06 U.S. Currency seized from Resource Bank Account Number: 1133164, in the name of Calvin Thibodaux;

$20,800 U.S. Currency seized from Berryland Campers for the purchase of a 2013 Rockwood Trailer;

2013 Nissan Altima, bearing Vehicle Identification Number: 1N4AL3AP1DN478757;

2001 Chevrolet Silverado Pickup Truck, bearing Vehicle Identification Number: 2GCEC19T311359395;

2012 Kubota Tractor with Parker Trailer;

be forfeited to the United States Government and be disposed of according to law.

     2.    That the United States District Court shall retain Jurisdiction in this case for the purposes of enforcing this Order.

    New Orleans, Louisiana, this ___ day of _____, 2013.


_____
UNITED STATES DISTRICT JUDGE


_____
ANDRE J. LAGARDE    (28649)
Assistant United States Attorney
Attorney for the Plaintiff
United States of America


_____
DARNAY THIBODAUX
Claimant


_____
CALVIN THIBODAUX
Claimant

## Taggart Morton, LLC
### ATTORNEYS AND COUNSELLORS AT LAW

**BARRY H. GRODSKY**
DIRECT DIAL (504) 599-8535
E-MAIL bgrodsky@taggartmorton.com

2100 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2100
TELEPHONE (504) 599-8500
FACSIMILE (504) 599-8501
www.taggartmorton.com

COVINGTON, LA OFFICE
———————
71206 HENDRY AVENUE
COVINGTON, LOUISIANA 70433
TELEPHONE (504) 892-8592
FACSIMILE (504) 809-9237

21 November 2013

Mr. Calvin and Mrs. Darnay Thibodeaux
29145 Nell Drive
Bogalusa, Louisiana  70427

Re:   *US v. $100,641.06 U.S. Currency et al.*
      **U.S. District Court, Eastern District of Louisiana, No. 13-5566.**

Dear Mr. and Mrs. Thibodeaux:

As a follow up to our meeting and recent calls, I am returning the documents and pleadings you gave me.  As I explained, Mr. Lagarde of the U.S. Attorney's Office was not willing to negotiate a workout.  He stated all items in the proposed consent judgment had to be returned.

Mr. Lagarde also told me that even if a workout had been reached he was not in a position to assure you that no criminal charges would be brought.  In fact, he said even if you agreed to the consent judgment he had no way of knowing about possible federal criminal charges.  These are separate actions.

The forfeiture suit is a civil matter so you will need to respond.  Also as we discussed, this is separate from the state civil and criminal matters.

I remain,

Sincerely yours,

Barry H. Grodsky

BHG/cfl
enclosures

### CLAIBORNE W. BROWN, L.L.C.
*ATTORNEY AT LAW*
**222 NORTH VERMONT STREET, SUITE I**
**COVINGTON, LOUISIANA 70433**
**TELEPHONE: (985) 246-7063**
**FACSIMILE: (985) 246-7080**
*cwbrown@cwbrownlaw.com*

August 22, 2014

Mr. Andre J. Lagarde
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130

   Re:   **United States v. $100,641.06, et al.; No. 13-cv-5566; U.S.D.C., E.D.L.A.,
         Section "B"(3)**

Dear Andre:

   In the course of preparation for the prosecution of my clients' claims in the above captioned matter, I discovered some information that could have far reaching implications on this matter should the upcoming Motions be denied and trial proceed on the merits.

   As you are probably aware from your discussions with Ms. Peggy Valejo, the plaintiffs in the civil action pending against my clients submitted a medical report, prepared by Dr. Paul Verrette on July 2, 2013, stating that, at that time, Mr. Sidney Dobronich suffered from "dementia" and that "[h]is dementia is such that he is not able to direct his affairs concerning person or property in matters consistent with his own interest." As you may have surmised, claimants contend that Mr. Dobronich was fully competent on March 27, 2013 when he executed his affidavit that is the basis of claimants' Motion for Summary Judgment. Claimants, however, are arguably in less of a position to comment on Mr. Dobronich's "dementia" that apparently manifested itself within two months after being placed in the care of his nephews, Forest and George Dobronich, who are the driving forces of all of the actions against my clients, including the above captioned matter.

   But what is truly striking in this instance, and what I imagine that you are unaware, and I imagine Ms. Valejo, unfortunately, is unaware; is that on August 6, 2014, George and Forest Dobronich, along with several other purported nieces and nephews of Mr. Sidney Dobronich, filed a Petition for Probate and Possession, initiating the *Succession of Sidney Dobronich*, 22nd J.D.C., St. Tammany Parish, Docket No. 2014-30680, Div. I. In those proceedings, George and Forest Dobronich probated a purported olographic will of Mr. Sidney Dobronich, dated July 18, 2013, which purports to leave all of his possessions to his nieces and nephews. George and Forest Dobronich obtained a judgment of possession in their favor and in favor of several other nieces and nephews of Mr. Dobronich.

August 22, 2014
Mr. Andre Lagarde, AUSA
Page 2

From the face of these documents alone, George and Forest Dobronich's actions certainly indicate a violation of La. R.S. 14:93.4, the very same charges that these individuals have caused to be brought against my clients.  Furthermore, as indicated by the August 6 probate proceedings, George and Forest Dobronich have also explicitly declined to include a substantial portion of Mr. Dobronich's assets as "[u]nliquidated claim[s]" subject to the civil lawsuit against the Thibodaux's.  As that lawsuit, brought by George and Forest Dobronich themselves, specifically seeks revocation of the February 14, 2013 Last Will and Testament; their actions in knowingly seeking probate of a subsequent will that they were aware was executed by a person "not able to direct his affairs concerning person or property in matters consistent with his own interest", is nothing short of a direct and inexplicable fraud upon the Court.

As for this case, assuming this matter proceeds to trial on the merits, this information is certainly powerful circumstantial evidence of the substantial influence that George and Forest Dobronich had on their uncle.  More importantly, it is evidence as to the lengths that these individuals will go to use and abuse the judicial process, the criminal justice system, to include well intentioned State and Federal law enforcement officials, even their own attorneys; to further their own selfish ends.

Attached for your consideration are the medical report of Dr. Verrette submitted to the Court by the nephews in the civil matter, as well as the July 18, 2013 "will", descriptive list and judgment of possession in the August 6 probate proceedings.  If you wish to discuss this information and its potential impact on this case, please let me know.  In any event, to the extent that these individuals have made a phone call, written a letter or sent an e-mail seeking to transfer any assets listed in their probate petition; vigorous and appropriate action from the Federal Government would greatly be appreciated.

Sincerely,

**CLAIBORNE W. BROWN**

CWB/cb

Enclosures:  *Medical Report of Dr. Paul Verrette, dated July 2, 2013 with cover letter to 22nd JDC; Purported Olographic Will dated July 18, 2013, Sworn Descriptive List, Judgment of Possession*
cc:     Mr. Roy K. Burns (*via* electronic mail, w/encls.)

**2:13-cv-05566-ILRL-KWR** United States of America v. Currency
Ivan L.R. Lemelle, presiding
Karen Wells Roby, referral
**Date filed:** 08/26/2013
**Date terminated:** 06/09/2016
**Date of last filing:** 06/09/2016

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 08/26/2013 | Complaint |
| | *Docket Text:* COMPLAINT against All Defendants (Filed on behalf of USA - Filing Fee not required) filed by United States of America. (Attachments: # (1) Civil Cover Sheet, # (2) Summons)Attorney Andre Jude Lagarde added to party United States of America(pty:pla).(Lagarde, Andre) Modified on 8/28/2013 (lag, ). (Additional attachment(s) added on 8/28/2013: # (3) Proposed Order) (lag, ). | | |
| 2 | *Filed & Entered:* | 08/27/2013 | Initial Case Assignment |
| | *Docket Text:* Initial Case Assignment to Judge Ivan L.R. Lemelle and Magistrate Judge Karen Wells Roby. (cl, ) | | |
| 3 | *Filed & Entered:* | 09/12/2013 | Warrant Issued |
| | *Docket Text:* 5 WARRANTS of Arrest issued. (Attachments: # (1) Warrant, # (2) Warrant, # (3) Warrant, # (4) Warrant)(lag, ) | | |
| 5 | *Filed:* *Entered:* | 09/25/2013 05/16/2014 | Claim |
| | *Docket Text:* CLAIM by Calvin Thibodaux, Jr, Darnay Thibodaux. (lag) | | |
| 4 | *Filed:* *Entered:* | 10/22/2013 10/23/2013 | Warrant Returned |
| | *Docket Text:* WARRANTS Returned Executed as to US Secret Service on 9/16/2013. (lag, ) (Additional attachment(s) added on 10/23/2013: # (1) 2012 Kubota Tractor, # (2) $100,641.06 currency, # (3) 2013 Nissan Altima, # (4) $20,800 currency) (lag, ). Modified on 10/23/2013 (lag, ). | | |
| 6 | *Filed & Entered:* *Terminated:* | 08/11/2014 08/21/2014 | Motion for Entry of Default |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Entry of Default as to All Defendant Property *(in rem)* by United States of America. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Affidavit Declaration, # (4) Proposed Order)(Lagarde, Andre) | | |
| 7 | *Filed & Entered:* | 08/18/2014 | Answer to Complaint |
| | *Docket Text:* Claimant's ANSWER to [1] Complaint *for In Rem Forfeiture* by Darnay Thibodaux.Attorney Claiborne W. Brown added to party Darnay Thibodaux(pty:clm).(Brown, Claiborne) Modified on 8/19/2014 (lag). | | |
| 8 | *Filed & Entered:* *Terminated:* | 08/18/2014 12/08/2014 | Motion for Summary Judgment |
| | *Docket Text:* MOTION for Summary Judgment *of Claimant* by Darnay Thibodaux. Motion set for 9/17/2014 09:00 AM before Judge Ivan L.R. Lemelle. (Attachments: # (1) Memorandum in Support, # (2) Statement of Contested/Uncontested Facts, # (3) Notice of Submission, # (4) Exhibit 8-18-14 Affidavit of Claimant, # (5) Exhibit 3-27-13 Affidavit of S. Dobronich, # (6) Exhibit 2-14-13 Last Will and Testament of S. Dobronich, # (7) Exhibit 3-28-13 POA re: S. Dobronich, # (8) Exhibit 6-25-13 Hearing Transcript) (Brown, Claiborne) | | |

| 9 | *Filed & Entered:* | 08/19/2014 | Motion to Strike |
| | *Terminated:* | 12/08/2014 | |

*Docket Text:* MOTION to Strike [7] Answer to Complaint, [5] Claim , [8] MOTION for Summary Judgment of Claimant by Darnay Thibodaux by United States of America. Motion set for 9/3/2014 09:00 AM before Judge Ivan L.R. Lemelle. (Attachments: # (1) Notice of Submission, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C)(Lagarde, Andre) Modified on 8/26/2014 to create relationship to rec. doc. no. 8 (ijg).

| 10 | *Filed & Entered:* | 08/19/2014 | Answer to Complaint |

*Docket Text:* ANSWER to [1] Complaint *for In Rem Forfeiture* by Calvin Thibodaux, Jr.Attorney Claiborne W. Brown added to party Calvin Thibodaux, Jr(pty:clm).(Brown, Claiborne) Modified on 8/20/2014 (lag).

| 11 | *Filed & Entered:* | 08/20/2014 | Motion to Amend/Correct |
| | *Terminated:* | 08/26/2014 | |

*Docket Text:* EXPARTE/CONSENT MOTION to Amend/Correct [9] MOTION to Strike [7] Answer to Complaint, [5] Claim *(to also address Rec. Doc. 8)* by United States of America. (Attachments: # (1) Proposed Order)(Lagarde, Andre)

| 12 | *Filed & Entered:* | 08/21/2014 | Order on Motion for Entry of Default |

*Docket Text:* ORDER granting [6] Motion for Entry of Default as to the in rem defendants. Signed by Clerk. (ijg)

| 13 | *Filed & Entered:* | 08/26/2014 | Order on Motion to Amend/Correct |

*Docket Text:* ORDER granting [11] Motion for Leave to Amend. Signed by Judge Ivan L.R. Lemelle. (ijg)

| 14 | *Filed & Entered:* | 08/27/2014 | Response/Memorandum in Opposition to Motion |

*Docket Text:* RESPONSE/MEMORANDUM in Opposition filed by Calvin Thibodaux, Jr, Darnay Thibodaux re [9] MOTION to Strike [7] Answer to Complaint, [5] Claim . (Attachments: # (1) Exhibit Report of Evaluation of Sidney Dobronich, # (2) Exhibit Purported Will of S. Dobronich and Supporting Docs, # (3) Exhibit Proposed Settlement Documents, # (4) Exhibit Settlement Status Letter)(Brown, Claiborne)

| 15 | *Filed & Entered:* | 08/27/2014 | Request/Statement of Oral Argument |

*Docket Text:* Request/Statement of Oral Argument by Calvin Thibodaux, Jr, Darnay Thibodaux regarding [9] MOTION to Strike [7] Answer to Complaint, [5] Claim . (Brown, Claiborne)

| 16 | *Filed & Entered:* | 08/27/2014 | Motion for Summary Judgment |
| | *Terminated:* | 12/08/2014 | |

*Docket Text:* MOTION for Summary Judgment *of Claimant* by Calvin Thibodaux, Jr. Motion set for 9/17/2014 09:00 AM before Judge Ivan L.R. Lemelle. (Attachments: # (1) Notice of Submission)(Brown, Claiborne)

| 17 | *Filed & Entered:* | 08/27/2014 | Request/Statement of Oral Argument |

*Docket Text:* Request/Statement of Oral Argument by Calvin Thibodaux, Jr, Darnay Thibodaux regarding [8] MOTION for Summary Judgment *of Claimant*, [16] MOTION for Summary Judgment *of Claimant* . (Brown, Claiborne)

| 18 | *Filed & Entered:* | 08/29/2014 | Order |

*Docket Text:* ORDER Denying [15] [17] Requests for Oral Argument re [9] MOTION to Strike, and [8] MOTION for Summary Judgment. Signed by Judge Ivan L.R. Lemelle.(ijg)

| 19 | *Filed & Entered:* | 09/02/2014 | Motion for Service by Publication |
| | *Terminated:* | 09/12/2014 | |

*Docket Text:* EXPARTE/CONSENT MOTION for Service by Publication *Proof of Publication* by United States of America. (Attachments: # (1) Exhibit A, # (2) Proposed Order)(Lagarde, Andre)

| 20 | *Filed & Entered:* | 09/09/2014 | Response/Memorandum in Opposition to Motion |

| | | |
|---|---|---|
| | *Docket Text:* RESPONSE/MEMORANDUM in Opposition filed by United States of America re [8] MOTION for Summary Judgment *of Claimant* . (Attachments: # (1) Exhibit A, # (2) Statement of Contested/Uncontested Facts)(Lagarde, Andre) | |
| [21] | *Filed:*          09/12/2014<br>*Entered:*    09/15/2014 | Order on Motion for Service by Publication |
| | *Docket Text:* ORDER granting [19] Motion for leave to file service affidavit. Signed by Judge Ivan L.R. Lemelle on 9/12/2014. (lag) | |
| [22] | *Filed & Entered:*   09/15/2014 | Reply to Response to Motion |
| | *Docket Text:* DEFICIENT: REPLY to Response to Motion filed by Calvin Thibodaux, Jr, Darnay Thibodaux re [8] MOTION for Summary Judgment *of Claimant*, [16] MOTION for Summary Judgment *of Claimant* . (Attachments: # (1) Exhibit Testimony of S. Dobronich)(Brown, Claiborne) Modified on 9/16/2014 (lag). | |
| [23] | *Filed & Entered:*   09/16/2014<br>*Terminated:*     10/07/2014 | Motion for Leave to File Document |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Leave to File by United States of America. (Attachments: # (1) Proposed Pleading Surreply, # (2) Exhibit A, # (3) Proposed Order)(Lagarde, Andre) | |
| [24] | *Filed & Entered:*   09/16/2014<br>*Terminated:*     10/07/2014 | Motion for Leave to File Document |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Leave to File Reply by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Pleading Reply Memorandum, # (2) Exhibit Testimony of S. Dobronich, # (3) Proposed Order)(Brown, Claiborne) Modified on 9/17/2014 (lag). | |
| [25] | *Filed:*          10/07/2014<br>*Entered:*    10/08/2014 | Order on Motion for Leave to File |
| | *Docket Text:* ORDER granting [23] Motion for Leave to File Surreply Brief. Signed by Judge Ivan L.R. Lemelle. (ijg) | |
| [26] | *Filed:*          10/07/2014<br>*Entered:*    10/08/2014 | Supplemental Memorandum |
| | *Docket Text:* Surreply filed by United States of America in response to [8] MOTION for Summary Judgment *of Claimant*. (Attachments: # (1) Exhibit)(ijg) | |
| [27] | *Filed:*          10/07/2014<br>*Entered:*    10/08/2014 | Order on Motion for Leave to File |
| | *Docket Text:* ORDER granting [24] Motion for Leave to File Reply Brief. Signed by Judge Ivan L.R. Lemelle. (ijg) | |
| [28] | *Filed:*          10/07/2014<br>*Entered:*    10/08/2014 | Reply to Response to Motion |
| | *Docket Text:* REPLY to Response to Motion filed by Calvin Thibodaux, Jr., Darnay Thibodaux re [8] MOTION for Summary Judgment. (Attachments: # (1) Exhibit)(ijg) | |
| [29] | *Filed & Entered:*   12/08/2014 | Order on Motion for Summary Judgment |
| | *Docket Text:* ORDER AND REASONS granting in part and denying in part [9] Motion to Strike Claim and Answer to Complaint; denying [8] [16] Motions for Summary Judgment. Signed by Judge Ivan L.R. Lemelle on 12/4/2014. (ijg) | |
| [30] | *Filed & Entered:*   12/12/2014<br>*Terminated:*     12/15/2014 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply as to [29] Order on Motion for Summary Judgment, Order on Motion to Strike, *Notice of Court to Enter Summary Judgment, sua sponte, in Favor of Plaintiff* by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order, # (2) Exhibit, # (3) Exhibit)(Brown, Claiborne) | |
| [31] | *Filed & Entered:*   12/15/2014 | Order on Motion for Extension of Time to File Response/Reply |

| | | |
|---|---|---|
| | *Docket Text:* ORDER granting [30] Motion for Extension of Time to File Response as set forth in document. Signed by Judge Ivan L.R. Lemelle on 12/12/2014. (ijg) | |
| 32 | *Filed & Entered:*  12/29/2014<br>*Terminated:*  01/05/2015 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply *to Notice of Sua Sponte Granting of Summary Judgment* by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order)(Brown, Claiborne) | |
| 33 | *Filed & Entered:*  01/05/2015 | Order on Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* ORDER granting [32] Motion for Extension of Time to File Response as set forth in document. Signed by Judge Ivan L.R. Lemelle on 1/2/2015. (ijg) | |
| 34 | *Filed & Entered:*  01/05/2015 | Response to Motion |
| | *Docket Text:* RESPONSE to Motion filed by Calvin Thibodaux, Jr, Darnay Thibodaux re [8] MOTION for Summary Judgment *of Claimant*, [16] MOTION for Summary Judgment *of Claimant Response to Court Notice of Sua Sponte Summary Judgment*. (Attachments: # (1) Appendix Exhibit Index, # (2) Exhibit Exhibits T1-2, # (3) Exhibit Exhibits T3-10, # (4) Exhibit Exhibits T11-15, # (5) Exhibit Exhibits T16-20)(Brown, Claiborne) (Additional attachment(s) added on 1/16/2015: # (6) Exhibit T-21) (ijg). | |
| 35 | *Filed & Entered:*  01/13/2015 | Supplemental Memorandum |
| | *Docket Text:* DEFICIENT: Supplemental Memorandum filed by Calvin Thibodaux, Jr, Darnay Thibodaux, in Support of [11] MOTION to Amend/Correct [9] MOTION to Strike [7] Answer to Complaint, [5] Claim *(to also address Rec. Doc. 8)*, [16] MOTION for Summary Judgment *of Claimant Response to Court Notice of Sua Sponte Summary Judgment*. (Attachments: # (1) Exhibit Exhibit T-21)(Brown, Claiborne) Modified on 1/14/2015 (lag). | |
| 36 | *Filed & Entered:*  01/15/2015<br>*Terminated:*  01/16/2015 | Motion for Leave to File Document |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Leave to File *Supplement to Response of Claimants to Notice of Court to Enter Summary Judgment in Favor of Plaintiff, Sua Sponte,* by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order, # (2) Exhibit T-21)(Brown, Claiborne) | |
| 37 | *Filed & Entered:*  01/16/2015 | Order on Motion for Leave to File |
| | *Docket Text:* ORDER granting [36] Motion for Leave to File Supplement to Response of Claimants to Notice of Court to Enter Summary Judgment in favor of plaintiff, sua sponte. Signed by Judge Ivan L.R. Lemelle. (ijg) Modified on 1/28/2015 to correct typo (ijg). | |
| 41 | *Filed:*  01/16/2015<br>*Entered:*  01/28/2015 | Response/Reply |
| | *Docket Text:* Supplemental Response by Calvin Thibodaux, Jr, Darnay Thibodaux re Court's [29] Order on Motion for Summary Judgment, Motion to Strike. (Attachments: # (1) Exhibit T21)(ijg) | |
| 38 | *Filed & Entered:*  01/25/2015<br>*Terminated:*  01/27/2015 | Motion for Leave to File Document |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Leave to File *2nd Supplemental Response to Notice of Court of Entry of Summary Judgment, Sua Sponte* by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order, # (2) Supplement 2nd Supplemental Response to Notice of Sua Sponte Entry of Summary Judgment, # (3) Appendix Exhibit Index, # (4) Exhibit Exhibits T22-26, # (5) Exhibit Exhibits T27-32, # (6) Exhibit Exhibits T33-41)(Brown, Claiborne) | |
| 39 | *Filed:*  01/27/2015<br>*Entered:*  01/28/2015 | Order on Motion for Leave to File |
| | *Docket Text:* ORDER granting [38] Motion for Leave to File Second Supplemental Response and Incorporated Memorandum in Support. Signed by Judge Ivan L.R. Lemelle. (ijg) | |
| 40 | *Filed:*  01/27/2015<br>*Entered:*  01/28/2015 | Response/Reply |

| | | |
|---|---|---|
| | *Docket Text:* Second Supplemental Response by Calvin Thibodaux, Jr, Darnay Thibodaux to [29] the Courts' Order re Motion for Summary Judgment, Motion to Strike. (Attachments: # (1) Exhibit Index, # (2) Exhibits T22-26, # (3) Exhibits T27-32, # (4) Exhibits T33-41)(ijg) | |
| [42] | *Filed & Entered:*      02/02/2015<br>*Terminated:*           04/23/2015 | Notice of Appeal |
| | *Docket Text:* NOTICE OF APPEAL by Calvin Thibodaux, Jr, Darnay Thibodaux re [29] Order. (Filing fee $ 505, receipt number 053L-4736156.) (Brown, Claiborne) Modified on 2/3/2015 (lag). | |
| [43] | *Filed & Entered:*      02/04/2015<br>*Terminated:*           02/05/2015 | Motion for Leave to File Document |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Leave to File *Reply to Responses (Rec. Docs. 34, 40, and 41)* by United States of America. (Attachments: # (1) Proposed Order, # (2) Proposed Pleading, # (3) Exhibit A (to proposed pleading))(Lagarde, Andre) | |
| [44] | *Filed:*                02/05/2015<br>*Entered:*              02/06/2015 | Order on Motion for Leave to File |
| | *Docket Text:* ORDER granting [43] Motion for Leave to File Response. Signed by Judge Ivan L.R. Lemelle. (ijg) | |
| [45] | *Filed:*                02/05/2015<br>*Entered:*              02/06/2015 | Response/Reply |
| | *Docket Text:* Response by United States of America to Claimants' Response, Supplemental Response, and Second Supplemental Response [34] [40] [41] to the Court's [29] Notice of Intention to Enter Summary Judgment in favor of the United States. (Attachments: # (1) Exhibit A)(ijg) | |
| [46] | *Filed & Entered:*      02/12/2015<br>*Terminated:*           02/19/2015 | Motion for Leave to File Document |
| | *Docket Text:* EXPARTE/CONSENT MOTION for Leave to File *3rd Supplemental Response to Notice of Intent to Enter Summary Judgment in Favor of Plaintiff, Sua Sponte* by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support 3d Supplemental Response, # (3) Exhibit Exhibits T42-43)(Brown, Claiborne) | |
| [47] | *Filed & Entered:*      02/19/2015 | Order on Motion for Leave to File |
| | *Docket Text:* ORDER denying [46] Motion for Leave to File Second Supplemental Response. Signed by Judge Ivan L.R. Lemelle on 2/13/2015. (ijg) | |
| [48] | *Filed:*                04/23/2015<br>*Entered:*              04/30/2015 | USCA Order |
| | *Docket Text:* ORDER of USCA as to [42] Notice of Appeal, that appeal is dismissed. USCA Judge Name: CLEMENT, PRADO, ELROD (lag) | |
| [49] | *Filed & Entered:*      06/23/2015<br>*Terminated:*           06/23/2015 | Motion to Withdraw as Attorney |
| | *Docket Text:* ***Filed in Error*** - EXPARTE/CONSENT MOTION to Withdraw Claiborne W. Brown as Attorney by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order)(Brown, Claiborne) Modified on 6/23/2015 (ijg). | |
| [50] | *Filed & Entered:*      06/23/2015<br>*Terminated:*           06/24/2015 | Motion to Withdraw as Attorney |
| | *Docket Text:* EXPARTE/CONSENT MOTION to Withdraw Claiborne W. Brown as Attorney by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order, # (2) Exhibit Withdrawal Letter to Clients (w/last known addresses))(Brown, Claiborne) | |
| 51 | *Filed & Entered:*      06/23/2015 | Correction of Docket Entry by Clerk |
| | *Docket Text:* Correction of Docket Entry by Clerk re [49] MOTION to Withdraw Claiborne W. Brown as Attorney . Motion re-filed as record document number 50. This motion has been terminated. (ijg) | |

| 52 | *Filed:* | 06/24/2015 | Order on Motion to Withdraw as Attorney |
|----|----------|------------|------------------------------------------|
|    | *Entered:* | 06/25/2015 | |
| | *Docket Text:* ORDER granting [50] Motion to Withdraw as Attorney. Claiborne W. Brown is withdrawn as counsel of record for the claimants. Signed by Judge Ivan L.R. Lemelle. (ijg) | | |
| 53 | *Filed & Entered:* | 03/10/2016 | Order |
| | *Docket Text:* NOTICE: Scheduling Conference set for 4/7/2016 11:00 AM before case manager by telephone. By Clerk.(ijg) | | |
| 54 | *Filed & Entered:* | 04/07/2016 | Scheduling Order |
| | *Docket Text:* SCHEDULING ORDER: Final Pretrial Conference set for 10/13/2016 10:00 AM before Judge Ivan L.R. Lemelle. Bench Trial set for 11/7/2016 09:00 AM before Judge Ivan L.R. Lemelle. All discovery must be completed by 9/13/2016. Signed by Judge Ivan L.R. Lemelle. (Attachments: # (1) Pretrial Notice Form)(ijg) | | |
| 55 | *Filed & Entered:* | 04/14/2016 | Order |
| | *Docket Text:* ORDER : Settlement Conference set for 9/29/2016 02:00 PM before Magistrate Judge Karen Wells Roby. Signed by Magistrate Judge Karen Wells Roby.(cml) | | |
| 56 | *Filed & Entered:* | 05/04/2016 | Motion for Summary Judgment |
|    | *Terminated:* | 06/09/2016 | |
| | *Docket Text:* MOTION for Summary Judgment by United States of America. Motion(s) will be submitted on 5/25/2016. (Attachments: # (1) Memorandum in Support, # (2) Statement of Contested/Uncontested Facts, # (3) Notice of Submission)(Lagarde, Andre) | | |
| 58 | *Filed & Entered:* | 05/17/2016 | Motion to Enroll as Counsel of Record |
|    | *Terminated:* | 05/18/2016 | |
| | *Docket Text:* EXPARTE/CONSENT MOTION to Enroll as Counsel of Record *and Proposed Pleadings and Exhibits* by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order, # (2) Proposed Pleading, # (3) Proposed Order, # (4) Proposed Pleading, # (5) Exhibit A, # (6) Exhibit B, # (7) Exhibit C, # (8) Exhibit)(Brown, Claiborne) Modified descriptions of attachments only on 5/18/2016 (ijg). | | |
| 59 | *Filed & Entered:* | 05/18/2016 | Order on Motion to Enroll as Counsel of Record |
| | *Docket Text:* ORDER granting [58] Motion to Re-Enroll as Counsel of Record as set forth in document. Further Ordered that claimant has until 12:00 p.m. on 5/19/2016 to file any opposition to plaintiff's motion for summary judgment. Signed by Judge Ivan L.R. Lemelle. (ijg) | | |
| 60 | *Filed & Entered:* | 05/19/2016 | Response/Memorandum in Opposition to Motion |
| | *Docket Text:* DEFICIENT RESPONSE/MEMORANDUM in Opposition filed by Calvin Thibodaux, Jr, Darnay Thibodaux re [56] MOTION for Summary Judgment . (Attachments: # (1) Exhibit OppSJ Ex. A: 3/24/15 Judgment in Succession Proceedings, # (2) Exhibit OppSJ Ex. B.: La. S.Ct. Writ Appliction of D. Thibodaux, pt.1, # (3) Exhibit OppSJ Ex. B.: La. S.Ct. Writ Application of D. Thibodaux, pt.2)(Brown, Claiborne) Modified on 5/20/2016 (ijg). | | |
| 61 | *Filed & Entered:* | 05/20/2016 | Response/Memorandum in Opposition to Motion |
| | *Docket Text:* RESPONSE/MEMORANDUM in Opposition filed by Calvin Thibodaux, Jr, Darnay Thibodaux re [56] MOTION for Summary Judgment . (Attachments: # (1) Statement of Contested/Uncontested Facts Rebuttal of Statement of Uncontested Material Facts, # (2) Exhibit OppSJ Ex A: 3/24/15 Judgment in Successions Proceedings, # (3) Exhibit OppSJ Ex B-1: La. S.Ct. Writ App. of D. Thibodaux, # (4) Exhibit OppSJ Ex B-2: 1st Cir. C.A. Writ App Brf of D. Thibodaux, # (5) Exhibit OppSJ Ex B-3: 1CirCA Writ App Ex. Rec. pp 1-50, # (6) Exhibit OppSJ Ex B-4: 1CirCA Writ App Ex Rec pp. 51-112, # (7) Exhibit OppSJ Ex B-5: 1CirCA Writ App Ex Rec pp. 113-162, # (8) Exhibit OppSJ Ex B-6: 1CirCA Writ App Ex Rec pp. 163-191, # (9) Exhibit OppSJ Ex B-7: 1CirCA Writ App Ex Rec pp.192-243, # (10) Exhibit OppSJ Ex B-8: 1CirCA Writ App Ex Rec pp. 244-285, # (11) Exhibit OppSJ Ex B-9: 1CirCA Writ App Ex Rec pp. 286-330, # (12) Exhibit OppSJ Ex B-10: 1CirCA Writ App Ex Rec pp. 331-368) (Brown, Claiborne) | | |

| 62 | *Filed & Entered:* | 05/23/2016 | Motion to Dismiss |
| | *Terminated:* | 05/24/2016 | |

*Docket Text:* DEFICIENT EXPARTE/CONSENT MOTION to Dismiss *Voluntary per FRCP Rule 41(b)* by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Memorandum in Support, # (2) Proposed Order, # (3) Exhibit MVD Ex A: Guilty Pleas in Criminal Matter, # (4) Exhibit MVD Ex B: 6/15/15 Judgment in Civil Revocation Action, # (5) Exhibit MVD Ex C: Exhibits and Arguments, Civil Revocation Action, # (6) Exhibit MVD Ex D: Restitution Mot in Criminal Matter)(Brown, Claiborne) Modified on 5/24/2016 (ijg).

| 63 | *Filed & Entered:* | 05/27/2016 | Motion to Dismiss |
| | *Terminated:* | 06/03/2016 | |

*Docket Text:* EXPARTE/CONSENT MOTION to Dismiss *Voluntary per FRCP Rule 41(b)* by Calvin Thibodaux, Jr, Darnay Thibodaux. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit MVD Ex. A: Crim. Matter Pleadings Rel: PGs, # (4) Exhibit MVD Ex. B: 6/15/15 Judgm in Civ Rev. Actn, # (5) Exhibit MVD Ex. C: Exhibs. and Argument in Civ. Rev. Act., # (6) Exhibit MVD Ex. D: Rest. Mot. in Crim. Matter)(Brown, Claiborne)

| 65 | *Filed:* | 06/03/2016 | Order on Motion to Dismiss |
| | *Entered:* | 06/10/2016 | |

*Docket Text:* ORDER granting [63] Motion for Voluntary Dismissal. Signed by Judge Ivan L.R. Lemelle. (ijg)

| 66 | *Filed:* | 06/09/2016 | Judgment |
| | *Entered:* | 06/10/2016 | |

*Docket Text:* JUDGMENT: Considering the [65] Order Granting Claimants' Motion for Voluntary Dismissal, Ordered that there be judgment entered in favor of United States of America. Signed by Judge Ivan L.R. Lemelle.(ijg)(NEF: MJ Roby)

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/05/2019 10:45:46 | | | |
| **PACER Login:** | cwbrownlaw:3546527:0 | **Client Code:** | 25594 |
| **Description:** | History/Documents | **Search Criteria:** | 2:13-cv-05566-ILRL-KWR |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |