22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO.: 2014-30680 DIVISION: I

SUCCESSION

OF

SIDNEY DOBRONICH

FILED: August 6 2014 DEPUTY CLERK: [signature]

PETITION FOR PROBATE AND POSSESSION

The petition of ALVIN CATALANO, DALE CATALANO, JUNE BOUDET, SHIRLEY B. MCDOWELL, JOHN BOUDET, DENNIS BOUDET, CARMEN SANTA CRUZ, GEORGE DOBRONICH, and FOREST DOBRONICH, all persons of the full age of majority, with respect represent:

I.

That SIDNEY DOBRONICH, hereinafter referred to as the decedent, died on March 24, 2014, as will appear from the Affidavit of Death and Heirship attached hereto and made a part hereof.

II.

That decedent was domiciled in the Parish of St. Tammany at the time of his death.

III.

The decedent has left property within the jurisdiction of this court, which property is particularly described on the Detailed Descriptive List annexed hereto and made a part hereof.

FILED 2014 AUG -6 A 9:19 ST. TAMMANY PARISH

IV.

The decedent died testate. He left a Last Will and Testament, in olographic form, dated July 18, 2013, which Will is attached hereto and made a part hereof. Petitioners are the sole legatees of the decedent.

V.

Petitioners, as sole legatees of the decedent, accept the Succession of the decedent, SIDNEY DOBRONICH, subject to the limitation of liability provided by LA. R.S. 9:1421.

HC 8

935

VI.

Petitioners are entitled to be recognized as owners, and be sent into possession of the property of the decedent.

VII.

Petitioners aver that the olographic testament of the decedent dated July 18, 2013 provides as follows:

> "I, Sidney Dobronich, being of sound, mine, & body would like to leave all my possession at the time of mine of my death to all my nieces and nephews to be divided equally."

VIII.

Petitioners, the sole legatees of the decedent, SIDNEY DOBRONICH, aver they are entitled to be placed into possession of all of the decedent's property as such forth in his Last Will and Testament attached hereto and made a part hereof.

IX.

Petitioners aver there are no inheritance taxes due the State of Louisiana for the Succession of SIDNEY DOBRONICH.

**WHEREFORE,** petitioners pray that:

1.) The olographic Last Will and Testament of decedent, SIDNEY DOBRONICH, filed herewith be probated in accordance with law;

2.) That petitioners, ALVIN CATALANO, DALE CATALANO, JUNE BOUDET, SHIRLEY B. MCDOWELL, JOHN BOUDET, DENNIS BOUDET, CARMEN SANTA CRUZ, GEORGE DOBRONICH, and FOREST DOBRONICH, as sole legatees are entitled to the full ownership and possession of all of the decedent's property in an undivided one-ninth (1/9) interest each of all of the property of SIDNEY DOBRONICH; and

3.) The estate of SIDNEY DOBRONICH be decreed to be free from Louisiana State Inheritance taxes.

Respectfully submitted:

TABARY & BORNE, L.L.C.

BY: ______________________

PAUL A. TABARY, III (#12623)
Three Courthouse Square
Chalmette, Louisiana 70043
Telephone: (504) 271-8011

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO.: 2014-30680 DIVISION: I

SUCCESSION

OF

SIDNEY DOBRONICH

FILED: August 6, 2014 DEPUTY CLERK: Tracey Ibal

**AFFIDAVIT FOR PROBATE OF OLOGRAPHIC TESTAMENT PURSUANT TO LSA C.C.P. ARTICLE 2883**

STATE OF LOUISIANA

PARISH OF ST. BERNARD

**BEFORE ME,** the undersigned authority, personally came and appeared:

**FOREST DOBRONICH and GEORGE DOBRONICH**

Both persons of the full age of majority, who, after first being duly sworn, did depose and state:

That Affiants are the surviving nephews of the late SIDNEY DOBRONICH.

That Affiants are familiar with the handwriting of SIDNEY DOBRONICH and that Affiants have reviewed the Last Will and Testament dated July 18, 2013, which appears on one sheet of paper beginning with the words, "I, SIDNEY DOBRONICH, being of sound mine & body" and ending in the words "would like to leave all my possessions at the time of mine of my death to all my nieces and nephews to to be divided equally."

That Affiants state that the document is entirely written, dated and signed by SIDNEY DOBRONICH, in his handwriting and that the signature at the end of the Testament is the signature of SIDNEY DOBRONICH.

Forest Dobronich
FOREST DOBRONICH

[signature]
GEORGE DOBRONICH

SWORN TO AND SUBSCRIBED BEFORE ME THIS 16 DAY OF July, 2014.

[signature]
NOTARY PUBLIC
Notary/Bar No.: 12623
My Commission Expires: For Life

PAUL A. TABARY, III
NOTARY PUBLIC
NOTARY #12850
STATE OF LOUISIANA
My commission is for a Lifetime

597

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO.: 2014-30680 DIVISION: I

SUCCESSION

OF

SIDNEY DOBRONICH

FILED: August 6, 2014 DEPUTY CLERK: [signature]

**ORDER**

The Last Will and Testament of the late SIDNEY DOBRONICH (hereinafter referred to as "decedent") having been drawn in accordance with the terms of the Louisiana Civil Code and having been filed in this proceeding, in accordance with Louisiana Code of Civil Procedure, as amended;

**IT IS ORDERED** that the proces verbal be dispensed with and that the said testament be recorded, filed and ordered executed in accordance with its terms and the law of Louisiana.

Signed at Covington, Louisiana, on this 8 day of August, 2014.

[signature]

JUDGE

July 18, 2013

I Sidney Dobrovich being of sound mine + body would like to leave all my possessions at the time of mine of my death to all my nieces and nephews to to be divided Equally.

Sidney Dobrovich
7-18-2013

882



2014-30680 I

FILED
AUG 06 2014
MALISE PRIETO - CLERK
Deputy

**22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**NO.:** 2014 - 30680 **DIVISION:** I

**SUCCESSION**

**OF**

**SIDNEY DOBRONICH**

**FILED:** August 6, 2014 **DEPUTY CLERK:** [signature]

**DETAILED DESCRIPTIVE LIST**

**STATE OF LOUISIANA**

**PARISH OF ST. BERNARD**

**NOW INTO COURT** comes all of the sole legatees of Sidney Dobronich, who with respect aver that in accordance with Article 3136 of the Louisiana Code of Civil Procedure they do present to this Honorable Court the following Detailed Descriptive List of all the items of property comprising the succession of SIDNEY DOBRONICH showing the location of all items of the succession property, and the fair market value of each item at the date of death for decedent.

**I.** **ASSETS**

| | | | |
|---|---|---|---|
| 1.) | LPL Financial<br>Account # XXXX-6334<br>In the name of Sidney J. Dobronich | $ | 510,156.68 |
| 2.) | Capital One<br>Checking Account # XXXXXXXXXXX7195<br>In the name of Sidney J. Dobronich | $ | 1,732.89 |
| 3.) | Capital One<br>Savings Account # XXXXXXXXXX2091<br>In the name of Sidney J. Dobronich | $ | 1,655.96 |
| 4.) | Citizens Bank<br>Savings Account # XXXXXX1435<br>In the name of Sidney J. Dobronich | $ | 247.99 |
| 5.) | 2001 Dodge Caravan<br>VIN# 1B4GP24361B228890 | $ | 1,500.00 |
| 6.) | Miscellaneous Furnishings and Fixtures | $ | 500.00 |
| 7.) | Unliquidated Claim in proceedings 22nd JDC #2013-11784 "D" "Forest Dobronich and George Dobronich, as Mandatory Agents and Attorneys-In-Fact of Sidney Dobronich vs. Darnay Thibodaux and Calvin Thibodaux | $ | 500,000.00 |



| | | |
|---|---|---|
| 8.) | 2 Double wide trailers located on property situated in Headright 55, Township South, Range 13 East Parish of St. Tammany | $ 20,000.00 |
| | **TOTAL ASSETS** | **$1,035,793.52** |

**II.** **DEBTS**

| | | |
|---|---|---|
| 1.) | Memorial Hospital Gulfport, MS | $ 5,784.58 |
| 2.) | Attorney's Fees and Costs (estimated) | $ 3,500.00 |
| | **TOTAL DEBTS** | **$ 9,284.58** |

**III.** **RECAPITULATION**

| | |
|---|---|
| TOTAL ASSETS | $1,035,793.52 |
| TOTAL DEBTS | $ 9,284.58 |
| **NET ESTATE** | **$1,026,508.94** |

The decedent made no donations or transfers of property for inadequate consideration within one (1) year prior to his death and he did not transfer any property prior to that time in contemplation of death or in avoidance of taxes.

Respectfully submitted:

TABARY & BORNE, L.L.C.

BY: ______________________

PAUL A. TABARY, III (#12623)
Three Courthouse Square
Chalmette, Louisiana 70043
Telephone: (504) 271-8011

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO.: 2014-30680 DIVISION: I

SUCCESSION

OF

SIDNEY DOBRONICH

FILED: August 6, 2014 DEPUTY CLERK: Tracey Graham

## JUDGMENT OF POSSESSION

Considering the petition of ALVIN CATALANO, DALE CATALANO, JUNE BOUDET, SHIRLEY B. MCDOWELL, JOHN BOUDET, DENNIS BOUDET, CARMEN SANTA CRUZ, GEORGE DOBRONICH, and FOREST DOBRONICH, sole legatees of SIDNEY DOBRONICH, to be placed into possession of decedent's estate, the affidavits annexed, and it appears that no inheritance tax is due the State of Louisiana, and the law, evidence, and Last Will and Testament probated herein in favor of the petitioners for the reasons this day orally assigned.

**IT IS ORDERED, ADJUDGED AND DECREED** that petitioners, ALVIN CATALANO, DALE CATALANO, JUNE BOUDET, SHIRLEY B. MCDOWELL, JOHN BOUDET, DENNIS BOUDET, CARMEN SANTA CRUZ, GEORGE DOBRONICH, and FOREST DOBRONICH, are entitled to the full ownership and possession of all of decedent's estate including but not limited to an undivided one-ninth (1/9) interest each in and to all of the decedent's property, including but not limited to all of the decedent's interest in the following described property:

1.) LPL Financial
Account # XXXX-6334
In the name of Sidney J. Dobronich

2.) Capital One
Checking Account # XXXXXXXXXX7195
In the name of Sidney J. Dobronich

3.) Capital One
Savings Account # XXXXXXXXXX2091
In the name of Sidney J. Dobronich

4.) Citizens Bank
Savings Account # XXXXXX1435
In the name of Sidney J. Dobronich

5.) 2001 Dodge Caravan
VIN# 1B4GP24361B228890

6.) Miscellaneous Furnishings and Fixtures

7.) Unliquidated Claim in proceedings 22nd JDC #2013-11784 "D" "Forest Dobronich and George Dobronich, as Mandatory Agents and Attorneys-In-Fact of Sidney Dobronich vs. Darnay Thibodaux and Calvin Thibodaux

8.) 2 Double wide trailers located on property situated in Headright 55, Township South, Range 13 East Parish of St. Tammany

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all banks, trust companies, and all other persons, partnerships, unincorporated associations or corporations, have on deposit, or in their possession, or under their control, any money, credit, stocks, dividends, bonds, or other property belonging to SIDNEY DOBRONICH be and are hereby required to deliver them to ALVIN CATALANO, DALE CATALANO, JUNE BOUDET, SHIRLEY B. MCDOWELL, JOHN BOUDET, DENNIS BOUDET, CARMEN SANTA CRUZ, GEORGE DOBRONICH, and FOREST DOBRONICH, sole legatees of decedent as set forth hereinabove.

**JUDGMENT READ, RENDERED, AND SIGNED** on the 8 day of August, 2014 at Covington, Louisiana.

JUDGE

**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**NO. 2014-30680** **DIVISION: "I"**

**SUCCESSION OF**

**OF**

**SIDNEY DOBRONICH**

**FILED:** November 7, 2014 ____________ **DEPUTY CLERK**

**PETITION TO ANNUL PROBATED TESTAMENT**

**THE PETITION** of Darnay and Calvin Thibodaux, who are domiciled in St. Tammany Parish, respectfully represents:

**1.**

Petitioners were friends and caregivers and heirs of the deceased, whose succession was opened in these proceedings. The petitioners are heirs by virtue of a valid statutory will executed by decedent on February 14, 2013.

**2.**

An alleged testament of the deceased in olographic form, dated July 18, 2013. The proponents of the testament allege that it purports to leave all of the deceased's property to his nieces and nephews. This alleged testament was presented to this Court for probate on August 6, 2013 and was probated on August 8, 2014.

ST. TAMMANY PARISH STATE OF LOUISIANA FILED 2014 NOV 7

**3.**

Made defendants in this petition are the purported legatees of this testament: Alvin Catalano, Dale Catalano, June Boudet, Shirley B. McDowell, John Boudet, Dennis Boudet, Carmen Santa Cruz, George Dobronich, and Forest Dobronich.

**4.**

The alleged testament is invalid because it does not meet the requirements of Louisiana Code of Civil Procedure Article 2881 for probating an olographic testament that is judicially attacked.

5.

The alleged testament is invalid because it does not accurately and legibly reflect the testamentary intent of the decedent, Mr. Sidney Dobronich.

6.

On information and belief, the alleged testament is invalid because, during the time of execution and, as of July 2, 2013, the decedent, Mr. Sidney Dobronich, was physically and mentally impaired because of ill health and had been medically declared to suffer from "dementia" and to not be able "to direct his affairs concerning person or property in matters consistent with his own interest."

7.

Petitioners aver, both additionally and in the alternative, based on information and belief, that upon the date of execution of this purported testament, purported legatees, Forest Dobronich and George Dobronich, exercised undue influence upon Mr. Sidney Dobronich and such influence was of such a nature that such testament does not reflect his free and voluntary act.

**WHEREFORE**, petitioners pray for judgment in their favor against the defendants, Alvin Catalano, Dale Catalano, June Boudet, Shirley B. McDowell, John Boudet, Dennis Boudet, Carmen Santa Cruz, George Dobronich, and Forest Dobronich, declaring the purported testament of July 18, 2013 null and setting aside the order probating it.

Respectfully submitted,

**CLAIBORNE W. BROWN (25594)**
222 N. Vermont Street, Suite I
Covington, LA 70443
Telephone: (985) 246-7063
Facsimile: (985) 246-7075
*cwbrown@cwbrownlaw.com*

A TRUE COPY
DY. CLERK 22nd Jud. Dist. Court
ST. TAMMANY PARISH, LA

**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**NO. 2014-30680** **DIVISION: "I"**

**SUCCESSION**

**OF**

**SIDNEY DOBRONICH**

FILED
NOV 07 2014
MALISE PRIETO - CLERK
Deputy

**ORDER**

**CONSIDERING** the above and foregoing;

**IT IS HEREBY ORDERED** that defendants, Alvin Catalano, Dale Catalano, June Boudet, Shirley B. McDowell, John Boudet, Dennis Boudet, Carmen Santa Cruz, George Dobronich, and Forest Dobronich, be made to appear and show cause on the 27th **day of** January, **20** 15, **at** 9:30 **a.m.**, as to why relief prayed for in the Petition to Annul Probated Testament should not be granted, and that oral argument be allowed as prayed for herein.

**COVINGTON, LOUISIANA,** this 14 day of November, 2014.

**JUDGE**

**PLEASE SERVE: (Petition and Memorandum)**

**Alvin Catalano, Dale Catalano, June Boudet, Shirley B. McDowell, John Boudet, Dennis Boudet, Carmen Santa Cruz, George Dobronich, and Forest Dobronich**
**Through their Attorney of Record**
**PAUL A. TABARY, III**
**Three Courthouse Square**
**Chalmette, LA 70043**

ST. TAMMANY PARISH
STATE OF LOUISIANA
FILED FOR RECORD
2014 NOV -7 P 1:16
MALISE PRIETO
CLERK OF COURT

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by mailing same by United States Mail, properly addressed and first class postage prepaid, on this 7th day of November, 2014.

**CLAIBORNE W. BROWN**

A TRUE COPY
DY. CLERK 22nd Jud. Dist. Court
ST. TAMMANY PARISH, LA

593

**Succession of Sidney Dobronich**

**VS: 2014-30680 "I"**

**22nd Judicial District Court**

**Parish of St. Tammany**

**State of Louisiana**

# NOTICE OF JUDGMENT

TO: Paul A. Tabary, III
Attorney at Law
Three Courthouse Square
Chalmette, La. 70043

Claiborne Brown
Attorney at Law
222 North Vermont Street, Suite 1
Covington, La. 70433

Peggy Vallejo
Attorney at Law
428 West 21st Avenue
Covington, La. 70433

You are hereby notified that judgment was rendered in this matter in accordance with the certified copy of **Judgment filed March 19, 2015** attached hereto as part hereof.

By order of the Honorable Judges of said Court, this 23rd day of March, 2015 .

*Malise Prieto*, CLERK OF COURT

BY: S/MARGARET M. McLAIN
Margaret M. McLain Deputy Clerk

A TRUE COPY
DY. CLERK 22nd Jud. Dist. Court
ST. TAMMANY PARISH, LA

**NOTICE OF JUDGMENT AND CERTIFIED COPY MAILED TO ABOVE NAMED ON March 24, 2015**

Issued: 3/24/15

305-Ntc of Judgment - Mail
Rev 12/13

**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**NO. 2014-30680** **DIVISION: "I"**

**SUCCESSION OF**

**OF**

**SIDNEY DOBRONICH**

**FILED:** March 19, 2015 ________________ **DEPUTY CLERK**

**JUDGMENT**

This matter came for hearing on the Petition to Annul Testament filed by Petitioners, Darnay Thibodaux and Calvin Thibodaux and on the Exceptions of Vagueness, Ambiguity, and No Right of Action filed by Defendants, Alvin Catalano, Dale Catalano, June Boudet, Shirley B. McDowell, John Boudet, Dennis Boudet, Carmen Santa Cruz, George Dobronich and Forest Dobronich.

FILED 2015 MAR 19 A 9:33 ST. TAMMANY PARISH

**PRESENT:**

| | |
|---|---|
| Claiborne W. Brown | Counsel for Petitioners, Calvin Thibodaux and Darnay Thibodaux; |
| Peggy G. Vallejo | Counsel for Defendants, Alvin Catalano, Dale Catalano, June Boudet, Shirley B. McDowell, John Boudet, Dennis Boudet, Carmen Santa Cruz, George Dobronich and Forest Dobronich; present in court George Dobronich and Forest Dobronich |

Considering the foregoing Petition and Exceptions and supporting and opposing *Memoranda*; the exhibits submitted by the parties; the sworn testimony of Mr. Forest Dobronich, Mr. George Dobronich, Detective Stefan Montgomery and Ms. Courtney Dobronich; arguments of counsel and the law:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Exception of Vagueness, Ambiguity and No Right of Action filed by Defendants, Alvin Catalano, Dale Catalano, June Boudet, Shirley B. McDowell, John Boudet, Dennis Boudet, Carmen Santa Cruz, George Dobronich and Forest Dobronich is hereby **OVERRULED.**

405

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Petition to Annul Probated Testament filed by Plaintiffs Calvin Thibodaux and Darnay Thibodaux is hereby **DENIED** and **DISMISSED WITH PREJUDICE**, at Plaintiffs' costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Petition to File Statutory Testament of Sidney Dobronich and to Appoint Notary to Conduct Search is hereby **DENIED AS MOOT** and **DISMISSED WITH PREJUDICE**, at Plaintiffs' costs.

**JUDGMENT READ, RENDERED AND SIGNED** this 23 day of March, 2015 in Covington, Louisiana.

**JUDGE REGINALD T. BADEAUX**
**22ND JUDICIAL DISTRICT COURT, DIV "I"**

Judgment submitted by:

**PEGGY GONSOULIN VALLEJO, Bar No. 26539**
**THE VALLEJO LAW FIRM, LLC**
428 West 21st Avenue
Covington, La 70433
(985) 892-6855
(985) 892-6898 Fax
peggyvallejo@hotmail.com

**CERTIFICATE OF SERVICE**

I do hereby certify that, in compliance with District Court Rule 9.5, a copy of said judgment was circulated to all counsel of record via electronic mail on March 5, 2015, and that **no objections/the attached objections** were made to said judgment were received within the *five (5)* working day waiting period.

In addition, I also certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by electronic mail, facsimile and/or mailing same by United States Mail, properly addressed and first class postage prepaid, on this 19th day of March 2015.

**PEGGY GONSOULIN VALLEJO**

A TRUE COPY
DY. CLERK 22nd Jud. Dist. Court
ST. TAMMANY PARISH, LA

Print

Close

# Proposed Judgment

FILED
2014-30680
MAR 1 9 2015
MALISE PRIETO, CLERK
DEPUTY

From: **Claiborne W. Brown** (cwbrown@cwbrownlaw.com)
Sent: Fri 3/06/15 2:04 PM
To: 'Peggy Gonsoulin Vallejo Esq.' (peggyvallejo@hotmail.com)
2 attachments
+19858926898-0305-080113-284.pdf (129.5 KB) , ATT00004.htm (0.3 KB)

Peggy:

*One objection:* second to last paragraph, page 2 regarding disposition of the Petition to file Statutory Will and for Appointment of Notary to Conduct Search which states that the Petition is DENIED AS MOOT and DISMISSED WITH PREJUDICE. I object to the inclusion of the words WITH PREJUDICE in that paragraph, as I do not believe that a denial for mootness does not constitute a dismissal with prejudice, and I believe that a dismissal with prejudice does not accurately reflect the Court's ruling as per that Petition.

I would therefore request the following change: 1) deletion of "DISMISSED WITH PREJUDICE" or 2) replace "DISMISSED WITH PREJUDICE" with "DISMISSED WITHOUT PREJUDICE."

Other than that, preference notwithstanding, I have no other objections to the proposed judgment as drafted.

*Thanks and have a good weekend.*

R/CWB

CLAIBORNE W. BROWN, L.L.C.

*ATTORNEY AT LAW*

222 N. VERMONT ST., SUITE I

COVINGTON, LOUISIANA 70433

TELEPHONE: (985) 246-7063

FACSIMILE: (985) 246-7080

*cwbrown@cwbrownlaw.com*

**Confidentiality Statement:** This e-mail may contain attorney-client privileged or confidential information. It is for the sole use of the intented recipient(s). If you have received this transmission in error, immediately notify us at the telephone number and address above and delete the original message.

**From:** Reception [mailto:reception@aubertlaw.com]
**Sent:** Thursday, March 05, 2015 11:18 AM
**To:** Claiborne W. Brown, Esquire
**Subject:** Fwd: New Fax Message from VALLEJO LAW FIR (985) 892-6898 on 03/05/2015 at 08:01 AM

Begin forwarded message:

--Forwarded Message Attachment--

RULING ON DOBRONICH FEB 24, 2015

{ROUGH DRAFT}

THE COURT:

All right. Today was a hearing to annul the probative testament of Sidney Dobronich. Also, Peremptory Exception of Vagueness and Ambiguity and No Right of Action on behalf the defendant's purported heirs to Mr. Dobronich.

First, as to the Peremptory Exception of Vagueness and Ambiguity and No Right of Action, I'm going to overrule those exceptions. And to the extent, I guess, you know, it has been argued they have no right of action to even come in here. Well, I guess they do have a right of action, as much as they believe, "they" and by meaning "they" I mean the "Thibodaux's." They believe they are the beneficiaries of what they claim to be the last valid Will and Testament of Mr. Dobronich.

However, subsequent to that will, Mr. Dobronich confected an olographic will on July 18, 2013. Now, around that time, there was some -- even though there is no evidence really before the Court as to his mental status, I understand the gist of those -- or at least proffered documents, reported documents was that at or around that time he was not competent. And intended Dr. Veret to handle his affairs, but certainly not to be deposed in a deposition or testify in a Court of Law. The best I can tell, this was ordered by Judge Garcia after testimony was taken by the late

Mr. Dobronich in his court late on one day where he got confused and was worried about Mr. Dobronich's mental status.

But even if I were to allow the doctor's report into evidence here, absent him being here to testify and being cross-examined, I still would find that the olographic will is valid. It is dated and several people verify or they believe that is his handwriting, especially an unbiased witness, Detective Montgomery, it was in his handwriting with that date and his signature on it. Notwithstanding any argument surrounding his mental competency at the time to effect that will, there is a strong line of juris prudence in our state that one is presumed to be competent. He was not under any form of interdiction at the time. Merely, like I say, and I'm not even really considering the doctor's letter, but if I did, it was just stating that he didn't think he was able to competently testify. I don't really know what that means. Maybe the doctor meant he was not able to give an accurate history. But absent any clear and convincing evidence that he was incompetent, I find he was competent at the time he effected the will, and the will is in proper form, and the petition to annul the probative testament is hereby denied and dismissed at petitioner's cost.

That is the judgment of the Court.

MR. BROWN:

Thank you, Your Honor.

MS. VALLEJO:

Thank you, Your Honor.

THE COURT:

Would you prepare those judgments?

MS. VALLEJO:

Yes, Your Honor.

THE COURT:

Also, just as a last housekeeping, I do note that filed yesterday was on behalf of Thibodaux's petition to file statutory will and appoint to search testament, I have not been presented with the original just yet for any signing. It might be on my desk. My intent, in light of the Court's ruling this afternoon, is to deny that petition, because even if that will was out there, it wouldn't make any difference, because the will I just declared proper will be the final and last and will supersede any testimony.

MR. BROWN: LEFT1:

Understood, Your Honor.

* * * *

24FE2015-DOBRONICH RULING

Page 3

Page 4

**CLAIBORNE W. BROWN, L.L.C.**
*ATTORNEY AT LAW*
**222 NORTH VERMONT STREET, SUITE I**
**COVINGTON, LOUISIANA 70433**
**TELEPHONE: (985) 246-7063**
**FACSIMILE: (985) 246-7080**
***cwbrown@cwbrownlaw.com***

June 22, 2015

St. Tammany Parish Clerk of Court
22nd Judicial District Court
Post Office Box 1090
Covington, LA, 70434

**Re: Succession of Dobronich, 22nd J.D.C., St. Tammany Parish, Docket No. 2014-30680, Div. I**

Dear Sir/Madame:

Enclosed please find an original of the ***Motion to Withdraw as Counsel of Record***, regarding the above captioned matter. Please file the original pleading into the record, date and return the remaining copy to this office.

Thank you for your assistance.

Sincerely,

**CLAIBORNE W. BROWN**

**CWB**/cb
Enclosures: *Motion to Withdraw as Counsel of Record*
cc: Ms. Peggy Vallejo (*Via* electronic mail, w/ encls.)

**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**NO. 2014-30680** **DIVISION: "I"**

**SUCCESSION OF**

**OF**

**SIDNEY DOBRONICH**

**FILED:** ______________________ ______________________________
**DEPUTY CLERK**

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**NOW INTO COURT**, comes, Claiborne W. Brown, undersigned counsel, who moves that he be withdrawn as counsel of record for Plaintiffs, **Darnay Thibodaux and Calvin Thibodaux**, in the above captioned matter. Undersigned further certifies that he has submitted written notification to Plaintiffs, copies of which are hereby attached.

**WHEREFORE**, undersigned prays that he be withdrawn as counsel of record for plaintiff, **Darnay Thibodaux and Calvin Thibodaux**, in the above captioned matter.

Respectfully submitted,

**CLAIBORNE W. BROWN (25594)**
222 N. Vermont Street, Suite I
Covington, LA 70443
Telephone: (985) 246-7063
Facsimile: (985) 246-7080
*cwbrown@cwbrownlaw.com*

**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**NO. 2014-30680** **DIVISION: "I"**

**SUCCESSION**

**OF**

**SIDNEY DOBRONICH**

**FILED:** ____________________ ____________________
**DEPUTY CLERK**

**ORDER**

IT IS HEREBY ORDERED, that the name of Claiborne W. Brown, be withdrawn as counsel of record for the Plaintiffs, **Darnay Thibodaux and Calvin Thibodaux**, in the above captioned matter

Covington, Louisiana, this _____ day of ______________________, 2015.

____________________
**JUDGE**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on June 23, 2015.

____________________
**CLAIBORNE W. BROWN**

**CLAIBORNE W. BROWN, L.L.C.**
*ATTORNEY AT LAW*
222 NORTH VERMONT STREET, SUITE I
COVINGTON, LOUISIANA 70433
TELEPHONE: (985) 246-7063
FACSIMILE: (985) 246-7080
*cwbrown@cwbrownlaw.com*

June 19, 2015

Darnay Mittelstaedt
27488 St. Joseph St.
Lacombe, LA 70445

Calvin Thibodaux
36191 J. W. Riley Road
Mt. Hermon, LA 70450

Re: **Dobronich, et al. v. Thibodaux, et al., 22nd J.D.C., St. Tammany Parish, Docket No. 2013-11784, Div. D;**

**State of Louisiana v. Darnay Thibodaux and Calvin Thibodaux, 22nd J.D.C., St. Tammany Parish, Docket No. 538643, 538643-1, Div. "C";**

**Succession of Dobronich, 22nd J.D.C., St. Tammany Parish, Docket No. 2014-30680, Div. I**

**United States of America v. $100,641.06 U.S. Currency, et al., USDC EDLA, Docket No. 13-cv-5566, Section B(3).**

Dear Darnay and Calvin:

This is to advise that I will be withdrawing as your counsel of record in the above captioned matters and to advise you of the current status of same.

First, the matter of *Succession of Dobronich*, No. 2014-30680, Div. I, 22nd J.D.C., St. Tammany Parish ("The Petition to Annul Will") came for hearing on February 24, 2015. Our petition to annul the July 18, 2015 will in favor of the nephews was dismissed by Judgment, dated March 23, 2015.

Likewise the matter of *Dobronich et al. v. Thibodaux, et al.*, No. 2014-30680, Div D, 22nd J.D.C., St. Tammany Parish ("The Civil Revocation Action"), came for hearing on May 20, 2015 with the court issuing judgment in the Nephews favor for all property held by the St. Tammany Parish Sheriff's Office and the United States Secret Service. The judgment also

revoked all land donations that had been made in your favor (The Nell and Ellis Street properties).

As to the matter of *United States of America v. $100,641.00, et al.*, No. 13-cv-5566, nothing has occurred in that matter since the Court denied our motion for summary judgment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

**CLAIBORNE W. BROWN**

**CWB**/cb

**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**NO. 2014-30680** **DIVISION: "I"**

**SUCCESSION OF**

**OF**

**SIDNEY DOBRONICH**

**FILED:** June 23, 2015 ______________________ **DEPUTY CLERK**

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**NOW INTO COURT**, comes, Claiborne W. Brown, undersigned counsel, who moves that he be withdrawn as counsel of record for Plaintiffs, **Darnay Thibodaux and Calvin Thibodaux**, in the above captioned matter. Undersigned further certifies that he has submitted written notification to Plaintiffs, copies of which are hereby attached.

**WHEREFORE**, undersigned prays that he be withdrawn as counsel of record for plaintiff, **Darnay Thibodaux and Calvin Thibodaux**, in the above captioned matter.

Respectfully submitted,

**CLAIBORNE W. BROWN (25594)**
222 N. Vermont Street, Suite I
Covington, LA 70443
Telephone: (985) 246-7063
Facsimile: (985) 246-7080
*cwbrown@cwbrownlaw.com*

ST TAMMANY
2015 JUN 23 P 3:30
FILED

A CERTIFIED TRUE COPY
Witness my signature and seal of office.
Attested by:
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA



**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**NO. 2014-30680** **DIVISION: "I"**

**SUCCESSION**

**OF**

**SIDNEY DOBRONICH**

**FILED:** June 23, 2015 [signature]
**DEPUTY CLERK**

**ORDER**

IT IS HEREBY ORDERED, that the name of Claiborne W. Brown, be withdrawn as counsel of record for the Plaintiffs, **Darnay Thibodaux and Calvin Thibodaux**, in the above captioned matter

Covington, Louisiana, this 24 day of Jun, 2015.

[signature]
**JUDGE**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on June 23, 2015.

[signature]
**CLAIBORNE W. BROWN**

A CERTIFIED TRUE COPY
Witness my signature and seal of office.
Attested by: [signature]
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

**CLAIBORNE W. BROWN, L.L.C.**
*ATTORNEY AT LAW*
222 NORTH VERMONT STREET, SUITE I
COVINGTON, LOUISIANA 70433
TELEPHONE: (985) 246-7063
FACSIMILE: (985) 246-7080
*cwbrown@cwbrownlaw.com*

FILED
JUN 23 2015
MALISE PRIETO - CLERK
Deputy [signature]

June 19, 2015

Darnay Mittelstaedt
27488 St. Joseph St.
Lacombe, LA 70445

Calvin Thibodaux
36191 J. W. Riley Road
Mt. Hermon, LA 70450

**Re: Dobronich, et al. v. Thibodaux, et al., 22nd J.D.C., St. Tammany Parish, Docket No. 2013-11784, Div. D;**

**State of Louisiana v. Darnay Thibodaux and Calvin Thibodaux, 22nd J.D.C., St. Tammany Parish, Docket No. 538643, 538643-1, Div. "C";**

**Succession of Dobronich, 22nd J.D.C., St. Tammany Parish, Docket No. 2014-30680, Div. I**

**United States of America v. $100,641.06 U.S. Currency, et al., USDC EDLA, Docket No. 13-cv-5566, Section B(3).**

Dear Darnay and Calvin:

This is to advise that I will be withdrawing as your counsel of record in the above captioned matters and to advise you of the current status of same.

First, the matter of *Succession of Dobronich*, No. 2014-30680, Div. I, 22nd J.D.C., St. Tammany Parish ("The Petition to Annul Will") came for hearing on February 24, 2015. Our petition to annul the July 18, 2015 will in favor of the nephews was dismissed by Judgment, dated March 23, 2015.

Likewise the matter of *Dobronich et al. v. Thibodaux, et al.*, No. 2014-30680, Div D, 22nd J.D.C., St. Tammany Parish ("The Civil Revocation Action"), came for hearing on May 20, 2015 with the court issuing judgment in the Nephews favor for all property held by the St. Tammany Parish Sheriff's Office and the United States Secret Service. The judgment also

723

revoked all land donations that had been made in your favor (The Nell and Ellis Street properties).

As to the matter of *United States of America v. $100,641.00, et al.*, No. 13-cv-5566, nothing has occurred in that matter since the Court denied our motion for summary judgment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

CLAIBORNE W. BROWN

CWB/cb