# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 3, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS RECEIVED OCT 03 2022 FIFTH CIRCUIT

Re: Darnay Thibodaux
v. Jon Reeves, District Administrator, Jefferson Parish District,
Louisiana Department of Public Safety and Corrections,
Department of Probation and Parole, et al.
No. 22-5411
(Your No. 21-30600)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 05, 2022

Ms. Carol L. Michel  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 21-30600   Thibodaux v. Reeves  
                        USDC No. 2:19-CV-2241

Dear Ms. Michel,

Enclosed is a copy of the Supreme Court order denying certiorari.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

               By: _____  
                    Stacy Carpenter Vial, Deputy Clerk